ROBERT C. WELSH (SBN 130782)
rwelsh@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

OREN J. WARSHAVSKY (*pro hac vice* application pending)
owarshavsky@bakerlaw.com
TATIANA MARKEL (*pro hac vice* application pending)
tmarkel@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111

Attorneys for Defendant and Counterclaimant
FREEPLAY MUSIC, LLC

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACHINIMA, INC., a Delaware corporation, | Case No.: **15-cv-00937 MRW** |
| Plaintiff, | **ANSWER OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| FREEPLAY MUSIC, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive, | |
| Defendants. | **JURY TRIAL DEMANDED** |
| | Judge: Hon. Michael R. Wilner |
| FREEPLAY MUSIC, LLC, | Case Filed: February 9, 2015 |
| Counterclaimant, | |
| v. | |
| MACHINIMA, INC., | |
| Counterdefendant. | |

Defendant and Counterclaimant Freeplay Music, LLC ("FPM") responds to the complaint filed by Plaintiff Machinima, Inc. ("Machinima") in like numbered paragraphs, and counterclaims as follows:

## INTRODUCTION

1.      In response to the allegations contained in Paragraph 1 of the complaint, FPM avers that it has been a music publisher since 2001, and it boasts a catalogue of over 50,000 musical works, 15,000 of which are currently available for license, and less than 2,000 of which FPM exclusively controls. Machinima's characterization of FPM's business—which predates Machinima and YouTube—as being built around aggressive license fee demands on individual consumers that use FPM's music in their YouTube videos shows a lack of investigation as to the facts here, or in willful blindness of those facts. FPM does not seek to entice consumers to do anything other than obtain a proper license for their desired use of FPM's material—the terms and prices for which, not surprisingly, differ depending on the type of exploitation—and requires payment when the use of its music is commercialized. FPM's music generates income. And it is FPM that has the right to that income as a copyright owner. Machinima has been aware for months that it is commercializing FPM's copyrighted music, and rather than paying for the more than 530 unauthorized uses of at least 87 of FPM's copyrighted works, acted in concert with another party—Collective Digital Studios ("CDS")—to keep that money for itself, file complaints against FPM and label it a "copyright troll." FPM otherwise denies the allegations contained in Paragraph 1 of the complaint and leaves Machinima to its proofs.

2.      In response to the allegations contained in Paragraph 2 of the complaint, FPM avers that Machinima's false "bait-and-switch" allegation is an after the fact contrivance. Machinima was caught red-handed and instead of using

the many opportunities FPM provided to correct its infringement, Machinima launched a shameless attack on FPM.  FPM's website has garnered over 200 million views and FPM has issued over 1.8 million licenses in the last 20 months alone, and until this action and companion lawsuit filed by CDS—by the same law firm, and publicized by a client of that firm—FPM was never, to its knowledge, publicly accused by any legitimate business of extortion or being a "copyright troll."  FPM further avers that contrary to Machinima's allegation, the name "Freeplay," which has been in use since 2001, accurately describes FPM's successful business model—which had nothing to do with free use of its music on YouTube until 2013—and sophisticated commercial content providers, like Machinima purports to be, have never before expressed confusion and cited FPM's corporate name as the basis to ignore the clear terms of a license.  FPM further avers that, despite receiving an extraordinary amount of musical submissions for its online library, it rejects over 90% of them, and, to date, has enforced less than 2,000 of its copyrights—behavior which belies Machinima's allegation that FPM engages in a "bait and switch" by flooding the web with free music and luring unsuspecting individuals to utilize FPM's catalog on YouTube.  FPM further avers that in August 2013 when it first allowed free YouTube uploads of its music for personal use, there were already approximately 425,000 YouTube videos containing unauthorized uses of FPM's music; and that FPM enforced its copyrights only against a tiny percentage of those videos and only against those linked to legitimate businesses using FPM's copyrighted works for a business or commercial use.  Once again, this is anything but the act of a "copyright troll." FPM admits that Scott Schreer is its CEO and that Mr. Schreer also is the CEO of TuneSat, LLC.  FPM further admits that it is one of TuneSat's thousands of clients. FPM otherwise denies the allegations contained in Paragraph 2 of the complaint and leaves Machinima to its proofs.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

3.     In response to Paragraph 3 of the complaint, FPM denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same and leaves Machinima to its proofs.

4.     In response to Paragraph 4 of the complaint, FPM admits it provides online media content to consumers, and that it allows consumers to download free music for "Personal use on YouTube only."  FPM further avers that personal use on YouTube is the only free Internet use of FPM's music allowed by FPM's website.  FPM further admits it is a for-profit enterprise.  FPM otherwise denies the remaining allegations in paragraph 4 of the complaint and leaves Machinima to its proofs.

5.     In response to Paragraph 5 of the complaint, FPM denies the allegations contained therein and leaves Machinima to its proofs.

6.     In response to Paragraph 6 of the complaint, FPM admits it allows consumers to download its music for free for personal YouTube videos and that FPM's website provides a tool to assist consumers with creating new videos using FPM's music, and otherwise denies the allegations contained in paragraph 6 of the complaint and leaves Machinima to its proofs.

7.     In response to Paragraph 7 of the complaint, FPM admits it has contacted MCNs, including Machinima, to inform them of the unauthorized use of FPM's music and to request payment for retroactive and continued business use of FPM's copyrights.  FPM otherwise denies the allegations contained in paragraph 7 of the complaint and leaves Machinima to its proofs.

8.     In response to Paragraph 8 of the complaint, FPM avers that the allegations therein are characterizations of Machinima's claims to which no response is required.

- 4 -

## PARTIES

9.     In response to Paragraph 9 of the complaint, FPM denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same and leaves Machinima to its proofs.

10.     In response to Paragraph 10 of the complaint, FPM admits the allegations contained therein.

11.     In response to Paragraph 11 of the complaint, FPM denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and further notes that Machinima has alleged no facts against these unknown parties to indicate the prefiling investigation it undertook in ascertaining the need to name them, and otherwise leaves Machinima to its proofs.

12.     In response to Paragraph 12 of the complaint, FPM denies knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same and leaves Machinima to its proofs.

## JURISDICTION AND VENUE

13.     In response to Paragraph 13 of the complaint, FPM denies that Machinima has properly pled a declaratory judgment action and otherwise avers that the allegations contained therein are legal conclusions, to which no response is required.

14.      In response to Paragraph 14 of the complaint, FPM denies that Machinima has properly pled a declaratory judgment action and or the existence of supplemental jurisdiction, and otherwise avers that the allegations contained therein are legal conclusions, to which no response is required.

15.     In response to Paragraph 15 of the complaint, FPM admits that it operates an interactive website, but denies that Machinima has properly pled a

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

basis for venue in this judicial district, and further avers that the paragraph appears to be a legal conclusion to which no response is required, and otherwise denies the allegations of paragraph 15 and leaves Machinima to its proofs.

## **FIRST CAUSE OF ACTION**

16.     In response to the incorporation in Paragraph 16 of the complaint, FPM repeats and realleges the contents of paragraphs 1 through 15 hereof as though the contents thereof were fully set forth herein.

17.     In response to Paragraph 17 of the complaint, FPM admits the allegations contained therein.

18.     In response to Paragraph 18 of the complaint, FPM avers that the allegation lacks sufficient specificity to be meaningful, and otherwise denies the allegations of paragraph 18 and leaves Machinima to its proofs.

19.     In response to Paragraph 19 of the complaint, FPM admits that Machinima infringes copyrights owned and/or controlled by FPM and that it contends that Machinima infringes copyrights owned and/or controlled by FPM, denies any allegation that Machinima is not infringing FPM's copyrights, and avers that the antecedent clause of the second sentence renders the same ambiguous and otherwise denies the allegations of paragraph 19 and leaves Machinima to its proofs.

20.     In response to Paragraph 20 of the complaint, FPM avers that the same is an ambiguous statement without meaning, and therefore denies the allegations of paragraph 20 and leaves Machinima to its proofs.

21.     In response to Paragraph 21 of the complaint, FPM denies the allegations contained therein and leaves Machinima to its proofs.

## SECOND CAUSE OF ACTION

22.     In response to the incorporation in Paragraph 22 of the complaint, FPM repeats and realleges the contents of paragraphs 1 through 21 hereof as though the contents thereof were fully set forth herein.

23.     In response to Paragraph 23 of the complaint, FPM admits that it operates an interactive website, and otherwise denies the allegations contained therein and leaves Machinima to its proofs.

24.     In response to Paragraph 24 of the complaint, FPM denies the allegations contained therein and leaves Machinima to its proofs.

25.     In response to Paragraph 25 of the complaint, FPM denies the allegations contained therein and leaves Machinima to its proofs.

## ADDITIONAL AND AFFIRMATIVE DEFENSES

26.     Machinima's complaint fails to state a claim upon which relief can be granted.

27.     Machinima has not properly pled a claim for declaratory judgment nor has it properly alleged that subject matter jurisdiction or venue lie in this Court.

28.     Machinima's claims are barred by the doctrine of unclean hands.

## COUNTERCLAIM

Defendant and Counterclaimant FPM hereby counterclaims against Plaintiff and Counterdefendant Machinima as follows:

## NATURE OF THE ACTION

29.     YouTube has become the premier source for digital entertainment. Every minute, 3 million videos are viewed on, and 300 hours of new content is uploaded to, YouTube.  Often referred to as the TV of the internet, its millions of videos garner billions in revenue.   With the growth of YouTube's audience, a new

breed of companies—dubbed multichannel networks (MCNs)—arose to capitalize on YouTube's vast revenue stream.  In their effort to become the TV networks of YouTube, the MCNs create and acquire video content, which they monetize.  Like traditional TV networks, MCNs are responsible for securing rights to content and ensuring they do not infringe the intellectual property rights of others.  But in many cases, like this one, that responsibility has been eschewed to the detriment of copyright owners, like FPM.  Some MCNs, like Machinima, have misappropriated FPM's copyrights and profited from that misappropriation, in clear violation of copyright law.

30.     With a library boasting tens of thousands of musical works—generating more than 1.8 million licenses in the last 20 months alone—FPM has, since its inception in 2001, always embraced technology and successfully remained at the leading edge of the paradigm shifts in the music industry.  To help monitor unknown uses of songs in its catalogue, FPM teamed up with a related but independent company called TuneSat, which has the premier audio fingerprint recognition technology.

31.     While seeking to uncover unknown uses of its clients' music, TuneSat discovered various MCNs exploiting FPM's copyrighted music.  None of these uses were authorized.  Although there appears to be unauthorized uses of other copyright holders' music, the size and success of FPM's catalogue and the industry knowledge and experience of its owners, combined with its alliance with TuneSat, is the reason FPM was first to recognize and address what appears to be a systemic problem.

32.     With TuneSat's technology and evidence of clear copyright infringement, FPM approached various MCNs, including Machinima, to alert them to this issue.  But despite its recognition that FPM's copyrights were being infringed, Machinima brought this declaratory judgment action.

**ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)**

33.     Going one step further than simple copyright violations, Machinima asks this Court to sanction its misappropriation of FPM's music, while using the opportunity of a public filing to besmirch both  FPM's and Schreer's reputations. Worse yet, Machinima, a company worth hundreds of millions of dollars, accuses FPM of "tricking" it into believing that, despite the clear language in its licenses and its website's terms of use, FPM's music must be "free" because FPM's name includes the word "free."  Since its inception, however, FPM's music has only been free for certain uses, such as various personal uses and national television broadcasts.  Business or commercial exploitation of FPM's music always has required a paid license.

34.     FPM's music is its primary asset, and monetizing that asset is how FPM stays in business.  FPM allows its music to be downloaded for free personal use on YouTube only because YouTube allows content owners, including FPM, to monetize the YouTube video containing its copyrighted content.  When an individual makes a personal video with FPM's music and uploads that video to YouTube, he or she may do so with a free license because FPM has the ability to monetize that video through YouTube.  But if an individual uploads a personal video to YouTube and chooses to prevent FPM from monetizing it, that individual is required to obtain a paid license.

35.     Machinima is using FPM's music in its managed channels on YouTube, which, by virtue of the channels' "managed" designation, exclude FPM from monetizing its copyrights.  Machinima did not obtain a paid license from FPM to do so and therefore its use is unauthorized.  Despite its various protestations, Machinima points to no authority allowing it to simply exploit FPM's copyrighted content without authorization and proper compensation.

36.     Machinima exploited at least 87 of FPM's copyrighted musical works. That exploitation came at the expense of FPM, who never authorized Machinima's

use. Given Machinima's shameless lawsuit and attempt to ruin the reputation of FPM and its owners, FPM is now left with no alternative but to bring this counterclaim to protect its rights.

## JURISDICTION AND VENUE

37.     FPM's claims arise under the Copyright Act, 17 U.S.C. §§ 101 et seq. Subject matter jurisdiction over this action is conferred upon this Court by 28 U.S.C. §§ 1331 and 1338.

38.     Personal jurisdiction and venue are proper in this district in accordance with 28 U.S.C. § 1391(a) because Machinima's principal place of business is in this judicial district.

## CREATION OF FPM AND ITS BUSINESS

39.     FPM's founder and CEO, Scott P. Schreer, is one of America's most prolific and performed TV composers and producers. As the driving creative force behind many of today's top music branding and music packages for sports broadcasts, Schreer's credits include the iconic NFL on Fox theme, the MLB on Fox theme, the opening theme and underscore for ABC's Hope and Faith, and The Cosby Show, among many others. One of New York's top studio musicians and producers, Schreer has earned several Emmy nominations, and has been awarded seven BMI Writer of the Year awards (2007-2013), and has written thousands of musical compositions over the course of his career. Schreer was voted one of America's Top 40 Music and Sports people of 2014 by ESPN Magazine.

*FPM*

40.     In 2001, before the advent of YouTube, Machinima or TuneSat, Schreer launched FPM, a high quality online music library. The music industry was changing and facing new challenges, so FPM sought to create an environment in which both emerging and established composers and artists had the opportunity

to expose their music to television and film licensing while also maintaining the ability to exploit that music themselves.

41.     At inception, FPM's business model was focused primarily on licensing music for television and feature films.  The use of a musical work in any audio-visual form—such as part of a motion picture, television program, commercial, music video or other video, including a video streamed over the Internet—requires authorization from the owner of the copyrights to the musical composition and the sound recording.  This authorization is referred to as a "synchronization license."

42.     Music used in television and film generates revenue primarily through: (i) public performances; and (ii) upfront fees for synchronization licenses (for synchronizing music to video).  Music and videos are "performed" when they are broadcast or otherwise transmitted to the public, such as on television, cable, satellite, internet, radio, etc.  Performance Rights Organizations ("PROs"), such as BMI and ASCAP, collect the fees for public performances and pay royalties to the rights holders for broadcasts and other transmissions of this music.

43.     Initially focusing on the public performance income stream, FPM granted free synchronization licenses to qualified network broadcasters.  FPM's business model was visionary, in that it eliminated synchronization fees, a barrier to entry.  The free synchronization fee model was the basis for the use of the term "free" in the name "Freeplay."  This new business model provided FPM's music a competitive edge in the marketplace: producers were incentivized to use FPM's music as their initial budget was reduced.  But by increasing its market share, FPM would generate additional performance fees, especially when a television program was successful.

44.     Offering a free synchronization license for non-commercial uses was a component of FPM's model.  The free synchronization model encouraged a

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

wider audience to use FPM's music.  Because its catalogue was meant to be used in audiovisual works, FPM was primarily concerned with profiting from business and/or commercial uses of its music.

45.     To help develop its business model and increase exposure to its music, from about 2001 to 2005, FPM entered into a non-exclusive license with Apple. Under that arrangement, Apple customers worldwide could freely download certain of FPM's copyrighted music for their personal use.  FPM's copyright music was also made available through Apple's DVD Studio Pro and Final Cut Pro video editing software, which allowed customers to add a soundtrack to their personal videos.  FPM offered Apple customers free synchronization licenses for "personal, non-commercial uses."

46.     FPM's business has grown significantly since 2001.  FPM now acts as a music publisher for hundreds of composers worldwide and nearly 50,000 musical works, 15,000 of which are currently available on its website.  This, however, is only a tiny fraction of the submissions FPM receives.   Because FPM will only represent commercially viable music, it rejects approximately 90%-95% of all submissions it receives.

*FPM's Website*

47.     Since 2001, FPM also has made its catalogue available on its website. Customers always could download music from the FPM website.  And consistent with its business model, FPM issued free synchronization licenses for certain uses, including:  (i) national television broadcasts; (ii) feature-length films in U.S. theaters; (iii) in-class education; and (iv) personal use.  The first two types of uses were, again, to lower the barrier to entry for film and television.  The third and fourth were designed for wider exposure.

48.     There was never any ambiguity about what constituted a "personal use."  The terms of use published on FPM's website (the "Prior Terms of Use")

made clear that personal use included only "non-commercial purposes," such as "personal listening pleasure" and "family slide show[s]." Excluded from personal use was any exploitation of FPM's music "posted on a website."

49.     Under FPM's Prior Terms of Use, all other uses, including all Internet uses, whether personal or revenue generating, required a license. For videos, a synchronization license was required. To request a license, a customer was required to complete a form, which included the customer's explanation of the intended use of FPM's music.

50.     Under FPM's Prior Terms of Use, a customer could not exploit FPM's copyrighted music on YouTube without a synchronization license.

51.     The personal video market evolved and more users turned to YouTube for displaying, listening, and viewing content. Likewise, more users were using YouTube as the sole medium for personal videos. Recognizing this trend, in 2013, FPM expanded the scope of the free synchronization licenses it offered. FPM's synchronization licenses began allowing customers to exploit certain music in personal videos on YouTube.

52.     In August 2013, FPM rolled out its new website, and began offering approximately 2,000 titles free for non-commercial use on YouTube.

53.     When a user logs on to FPM's website, http://www.freeplaymusic.com/, the user is presented with a variety of choices and thousands of musical works (i.e., sound recordings and the underlying musical compositions), all of which are available for certain types of exploitation. Once the user chooses the desired musical work and selects "Add to Cart," the user is prompted to choose a license type:

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)



54.     The user cannot "Proceed to Checkout" without choosing a license type.  A synchronization license to play the musical work in a YouTube video has two options:  (i) "Business Use," which costs $250 for a one-year license, and (ii) "Personal Use," which is free.

55.     Under the terms of the synchronization license for "Personal Use," which is free, FPM has the right to make a claim and receive revenue from YouTube for exploitation of those videos.  This is made clear when the user chooses "Personal Use," with the following terms:

> Please read our TERMS OF USE carefully about the restrictions of this license.  [FPM] reserves the right to "claim" this music with Google and monetize its use on your video. If you would like the ability to monetize your videos or don't want us to monetize your video you need to purchase a license.  If you are a Multi-Channel Network managed channel, such uses are considered Business YouTube Uses and a license must be purchased. Please contact our licensing department for a quote: contact@freeplaymusic.com or (212) 974 0548.

56.     The Terms of Use that can be accessed through a link on the bottom of the homepage state with regard to free personal use on YouTube:

> Subject to your full compliance with all of [FPM] and YouTube's terms and conditions, including but not limited to those listed here in this paragraph 2(e), the Terms Of Use and the full execution of a FPM YouTube license, FPM grants free master recording and synchronization rights to users for personal use only on YouTube. Please see the description of "Personal Use" in paragraph 2(c) herein. As part of the preceding, [FPM] and YouTube retain the right to and are permitted to post advertisements in any manner on, before, or otherwise connected to your video for any purpose, including without limitation, monetization without Licensee's prior consent when such video is posted on YouTube or any other YouTube-based platforms. A Free Personal YouTube Use DOES NOT include Multi-Channel Network managed channel uses.

57.     Machinima alleges that, in October 2014, FPM "altered its confusing and contradictory 'terms and conditions' of use." This is incorrect. Under the pre-October 2014 Terms of Use on FPM's website, where a user chose to monetize a personal video with FPM's music on YouTube, the user was required to obtain a paid license; the use was not free. Like any other use of FPM's music where the user was monetizing FPM's music to the exclusion of FPM, a "business use" license was required.

58.     Prior to October 2014, the Terms of Use on FPMs website were as follows:

> Subject to your full compliance with all of [FPM] and YouTube's terms and conditions, including but not limited to those listed here in this paragraph 2(e), the Terms Of Use and the full execution of a FPM YouTube license, FPM grants free master recording and

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

synchronization rights to users for use on YouTube. As part of the preceding, [FPM] and YouTube retain the right to and are permitted to post advertisements in any manner on, before, or otherwise connected to your video for any purpose, including without limitation, monetization without Licensee's prior consent when such video is posted on YouTube or any other YouTube-based platforms.

59.     Under the pre-October 2014 and post-October 2014 Terms of Use on FPM's website, it was clear that an MCN could not exploit FPM's music without a paid license.

60.     Once the user chooses a license and decides to "Proceed to Checkout," a window pops up displaying the "FPM License," requiring the user to enter an email address confirming that he or she has read the terms of the license. A copy of the license is then e-mailed to the confirmation address entered by the user.  The FPM personal synchronization license grants the user the right to use the musical work for the "sole, limited and restricted purpose" of "Personal use on YouTube only."

61.     Since August 2013, FPM has issued over 1.8 million licenses to the copyrighted music in its library.

*TuneSat*

62.     After over a decade of research and development, in 2009, Schreer and Chris Woods launched TuneSat, a global online audio fingerprint technology and recognition service.  TuneSat was established to help monitor broadcasts and other transmissions (i.e. public performances) of music.  TuneSat enables music copyright holders to digitally detect where their work is being exploited by searching across various platforms for matches.  Tunesat tracks 320 television networks in 14 countries, including the United States, United Kingdom, Germany, France, Spain and Italy, and has over 50 million fingerprinted songs in its database.

63.     TuneSat provided the perfect solution to copyright owners, like FPM, whose main source of income was based on payment for broadcasts and other transmissions of the films and television shows.   For example, FPM and TuneSat both work with NBC Sports and Olympics—FPM provides music and TuneSat provides the music usage reporting compliance.

64.     In 2012, TuneSat launched a product to detect unknown streaming of music across the Internet.  TuneSat's web monitoring product searches publicly available domains, identifying music used in streaming audio, video, podcasts, and other multimedia files, including content on YouTube.

65.     Although TuneSat has thousands of other clients, TuneSat's technology was the perfect analog to FPM—it could detect the public performance of FPM's copyrighted music across the Internet.  TuneSat detected the rampant use of FPM's copyrighted music by the MCNs, including the uses by Machinima here.

## MACHINIMA AND THE MCN BUSINESS

66.     Most content on YouTube is uploaded by individuals, but media corporations and other organizations, including MCNs, use YouTube as a platform to distribute content.

67.     Machinima is an MCN.

68.     MCNs are independent companies that are built on top of the YouTube platform, using YouTube's video capabilities and monetization platform. Although there are many MCN channels on YouTube, consumers cannot necessarily detect whether they are watching a video on YouTube's network or on an MCN's.

69.     MCNs create and stream their own content.  They also scour YouTube, inviting channels that gain popularity to join their networks.  MCNs offer programming, funding, digital rights management, monetization/sales, and

audience development services.  In return, the MCNs monetize the video's content through YouTube or by placing their own advertisements in the videos.  The MCNs keep a percentage of the advertising revenue from the channel and drive-up their viewership through the channels popularity, further increasing their advertising revenue.  MCNs will also offer to exploit this content in other places, including on their own websites.

70.    MCNs are a multi-billion dollar business.

71.    But MCNs' lucrative business model also has created significant concerns, including increasing opportunities for copyright infringement.  Upon information and belief, in response to those concerns, in 2014, YouTube issued a policy requiring MCNs to designate each channel within its network as an "affiliate" or "managed" partner.

72.    Channels designated as affiliates take full responsibility for their content, which is reviewed and approved by YouTube.  Those channels are not at issue here.

73.    For channels designated as managed partners, the MCN is responsible for copyright compliance and instituting safeguards to protect against copyright violations.  In exchange, MCNs are permitted to monetize videos instantly and to the exclusion of third parties.

74.    Managed channels are independent of YouTube's music identification methodology.  And because YouTube does not review MCN managed channels' content, copyright owners are not advised by YouTube of the use of their content.  This means that when a managed channel uploads a video that includes FPM's copyrighted music, FPM is not notified by YouTube.  Content owners, like FPM, only learn of the use of their content if the MCN advises them or through happenstance.

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

*Utilizing TuneSat's Technology, FPM Learns of MCNs' Unauthorized Use*

75.     With over 200,000,000 impressions to its website as of 2013, FPM is one of the most widely trafficked production music libraries in the industry.

76.     But before TuneSat, FPM suffered from the same problem as other artists, publishers, and copyright owners—the inability to track the unlicensed uses of its copyrights.

77.     By hiring TuneSat, FPM uncovered and exposed the systemic unauthorized use of its copyrighted music by MCN managed channels, such as Machinima's managed channels.

78.     For over a year, FPM and its administrator have been notifying MCNs that FPM's copyrights have been infringed and exploited without authorization. Although Machinima asserts that FPM and TuneSat approached them in October 2014 when FPM updated its Terms of Use, Tunesat notified Machinima of its violations of FPM's copyrights on August 19, 2014, in an email from Mark Brinker, TuneSat's Head of Compliance to copyright@machinima.com, info@machinima.com, and customerservice@machinima.com :

> [FPM] owns and controls the [FPM] Music library. Please note, [FPM] and our other clients generally require that prospective users of their rights-managed musical works and sound recordings properly license the right to use their material for commercial purposes prior to any actual such exploitation (i.e. master use, synchronization, or mechanical licensing). As such, any existing unlicensed commercial use of [FPM]'s material by your Multi-Channel Network ("MCN"), including but not limited to monetized or revenue-generating YouTube videos uploaded by third party users, may be in violation of U.S. Copyright Law and [FPM]'s Terms Of Use. That said, we would like to find a mutually beneficial strategy to resolve any and all outstanding rights issues that may exist between your company and the clients we represent on both a retroactive and prospective basis, and to

perhaps also provide an integrated technology supplement to your MCN's current rights monitoring and auditing efforts.

Please note that as part of our retained service to our current clients, in order to determine the scope of any rights issues, TuneSat is diligently engaging in an ongoing investigation into your MCN and its related parties' potential use of our clients' rights-managed material. Further, though our investigation into these potential uses is ongoing as we have currently only scanned a very small portion of your MCN's related YouTube channels, please note that as of today we are currently aware of at least fifty (50) copyrighted compositions and sound recordings owned or controlled by [FPM] that are being used in at least one hundred twenty-two (122) of your MCN's videos, listed below. [FPM] has diligently checked its records and cannot locate an existing license agreement for the use of its material in these videos.

79. Contrary to Machinima's assertions, TuneSat provided to Machinima a list of 122 unauthorized uses of FPM's music that TuneSat was aware of at that time. On behalf of FPM, TuneSat also offered Machinima a variety of solutions for amicably resolving Machinima's infringement of FPM's copyrights.

80. Similar emails were sent to other MCNs both before and after October 2014, and as early as 2012. To date, most MCNs, including Machinima, have refused to remedy this wrongdoing. But Machinima has gone further than most MCNs would dare. Not only has Machinima refused to take a proper synchronization license from FPM before uploading the videos, or otherwise police against this infringement, Machinima seeks court approval of its illegal practices and accuses FPM of unfair competition for seeking to get paid for Machinima's use of its property.

**FPM's Copyrights at Issue and Machinima's Unauthorized Exploitation**

*FPM's Copyrights*

81.     FPM is the owner of the registered copyrights (the "FPM Copyrights") in and to the musical compositions and sound recordings (the "FPM Copyrighted Music") set forth below:

    a.     "Have A Rastaday," covered by Registration No. SR 374-913 covering the collection *Freeplay Music Corp./DVD #8*

    b.     "One Drop World," covered by Registration No. SR 374-913 covering the collection *Freeplay Music Corp./DVD #8*

    c.     "That Hurts," covered by Registration No. SR 336-918 covering the collection *Sports Highlights Volume 2*

    d.     "Stud," covered by Registration No. SR 337-212 covering the collection *Techo Volume 1*

    e.     "Peacemaker," covered by Registration No. SR 633-492 covering the collection *Freeplay Music, LLC/CD#12*

    f.     "Romantic Nights (Full version)," covered by Registration No. SR 337-119 covering the collection *Piano Solos*

    g.     "A Walk in the Sun (60 Seconds)," covered by Registration No. SR 382-040 covering the collection *Freeplay Music Corp./DVD #1*

    h.     "Delta Fog," covered by Registration No. SR 337-059 covering the collection *Solo Instruments Volume 1*

    i.     "Downhill Blitz," covered by Registration No. SR 336-934 covering the collection *Sports Extreme Volume 1*

    j.     "Pirates Nest," covered by Registration No. SR 386-596 covering the collection *Freeplay Music Corp./DVD #6*

    k.     "Trudge," covered by Registration No. SR 333-651 covering the collection *Alternative Rock Volume 1*

l.      "Race To Action," covered by Registration No. SR 335-613 covering the collection *Just the News Volume 1*

m.      "Force Combat," covered by Registration No. SR 633-492 covering the collection *Freeplay Music, LLC/CD #12*

n.      "With You," covered by Registration No. SR 336-994 covering the collection *Retail Volume 1*

o.      "Conspiracy," covered by Registration No. SR 374-845 covering the collection *Freeplay Music Corp./DVD #2*

p.      "Sand Storms," covered by Registration No. SR 386-596 covering the collection *Freeplay Music Corp./DVD #6*

q.      "Loving You," covered by Registration No. SR 335-719 covering the collection *Pop Volume 1*

r.      "Darkstar," covered by Registration No. SR 633-491 covering the collection *Freeplay Music CD #13*

s.      "Oakland Soul," covered by Registration No. SR 633-487 covering the collection *Freeplay Music CD #14*

t.      "Gangsta," covered by Registration No. SR 633-487 covering the collection *Freeplay Music CD #14*

u.      "Extreme Team," covered by Registration No. SR 336-934 covering the collection *Sports Extreme Volume 1*

v.      "Decimator," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp./DVD #3*

w.      "Breakaway," covered by Registration No. SR 335-537 covering the collection *Sports Promos Volume 1*

x.      "Magic Dulcimer," covered by Registration No. SR 333-618 covering the collection *World Mix Volume 4*

1        y.    "City Lights," covered by Registration No. SR 337-201

2    covering the collection *Acid Jazz Volume 1*

3        z.    "Bouncing," covered by Registration No. SR 333-651 covering

4    the collection *Alternative Rock Volume 1*

5        aa.    "Time Pilot," covered by Registration No. SR 374-912

6    covering the collection *Freeplay Music Corp./DVD #3*

7        bb.    "Wall The," covered by Registration No. SR 335-708 covering

8    the collection *World Mix Volume 5*

9        cc.    "Truce," covered by Registration No. SR 335-548 covering the

10   collection *Drama Volume 1*

11       dd.    "Western Mood," covered by Registration No. SR 386-596

12   covering the collection *Freeplay Music Corp./DVD #6*

13       ee.    "Rise And Shine," covered by Registration No. SR 333-618

14   covering the collection *World Mix Volume 4*

15       ff.    "No Mans Land," covered by Registration No. SR 633-491

16   covering the collection *Freeplay Music CD #13*

17       gg.    "Gates To Adis," covered by Registration No. SR 374-912

18   covering the collection *Freeplay Music Corp./DVD #1*

19       hh.    "Wormhole," covered by Registration No. SR 633-491

20   covering the collection *Freeplay Music CD #13*

21       ii.    "Warriors Arise!," covered by Registration No. SR 633-491

22   covering the collection *Freeplay Music CD #13*

23       jj.    "Dark Flow," covered by Registration No. SR 633-491

24   covering the collection *Freeplay Music CD #13*

25       kk.    "Thunderization," covered by Registration No. SR 386-596

26   covering the collection *Freeplay Music Corp./DVD #6*

27

28

**ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)**

ll.   "Crossing," covered by Registration No. SR 335-708 covering the collection *World Mix Volume 5*

mm.   "Dim Horizon," covered by Registration No. SR 335-708 covering the collection *World Mix Volume 5*

nn.   "Companion," covered by Registration No. SR 335-708 covering the collection *World Mix Volume 5*

oo.   "Devil Ride," covered by Registration No. SR 337-061 covering the collection *Sports Themes Volume 1*

pp.   "Final Cut," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp./DVD #3*

qq.   "Rave," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp./DVD #3*

rr.   "Untameable Fire," covered by Registration No. SR 382-040 covering the collection *Freeplay Music Corp./DVD #1*

ss.   "Operation Eagle," covered by Registration No. SR 633-491 covering the collection *Freeplay Music CD #13*

tt.   "While The Nation Mourns," covered by Registration No. SR 336-929 covering the collection *Washington Volume 1*

uu.   "Determined Tumbao," covered by Registration No. SR 335-708 covering the collection *World Mix Volume 5*

vv.   "Killer," covered by Registration No. SR 378-924 covering the collection *Freeplay Music Corp./DVD #5*

ww.   "All My Chicks," covered by Registration No. SR 337-216 covering the collection *Hip Hop Volume 1*

xx.   "Souled Out," covered by Registration No. SR 337-216 covering the collection *Hip Hop Volume 1*

- 24 -

yy.     "Anatak," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp./DVD #3*

zz.     "MugShot," covered by Registration No. SR 406-235 covering the collection Freeplay Music Corp./CD #11

aaa.    "Quiet Storm," covered by Registration No. SR 337-059 covering the collection *Solo Instruments Volume 1*

bbb.    "A Question of Why," covered by Registration No. SR 396-282 covering the collection *Freeplay Music Corp./DVD #9*

ccc.    "Shine," covered by Registration No. SR 382-040 covering the collection *Freeplay Music Corp./DVD #1*

ddd.    "Mine Today," covered by Registration No. SR 335-926 covering the collection *Victory Grand*

eee.    "Wild Child," covered by Registration No. SR 337-144 covering the collection *Hard Rock Volume 1*

fff.    "Wide Open," covered by Registration No. SR 633-487 covering the collection *Freeplay Music CD #14*

ggg.    "Soul Thang," covered by Registration No. SR 337-201 covering the collection *Acid Jazz Volume 1*

hhh.    "Sir Robin of Locksley," covered by Registration No. SR 386-596 covering the collection *Freeplay Music Corp./DVD #6*

iii.    "Army Angels," covered by Registration No. SR 633-492 covering the collection *Freeplay Music, LLC/CD #12*

jjj.    "Glow," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp./DVD #3*

kkk.    "La Cha Cha," covered by Registration No. SR 334-609 covering the collection *Lounge Volume 1*

1    lll.    "Hula Balu," covered by Registration No. SR 337-212 covering

2    the collection *Techno Volume 1*

3    mmm.    "Answers," covered by Registration No. SR 374-912

4    covering the collection *Freeplay Music Corp./DVD #3*

5    nnn.    "Strike Eagle," covered by Registration No. SR 633-492

6    covering the collection *Freeplay Music, LLC/CD #12*

7    ooo.    "Let Yourself Go," covered by Registration No. SR 406-235

8    covering the collection *Freeplay Music Corp./CD #11*

9    ppp.    "Field Forces," covered by Registration No. SR 633-491

10   covering the collection *Freeplay Music CD #13*

11   qqq.    "Countin On You," covered by Registration No. SR 337-057

12   covering the collection *Country Volume 1*

13   rrr.    "Shopping Spree," covered by Registration No. SR 334-609

14   covering the collection *Lounge Volume 1*

15   sss.    "Halfback," covered by Registration No. SR 382-040 covering

16   the collection *Freeplay Music Corp./DVD #1*

17   ttt.    "In Tune Today," covered by Registration No. SR 336-919

18   covering the collection *Broadcast Volume 1*

19   uuu.    "Danger At Hand," covered by Registration No. SR 633-491

20   covering the collection

21   vvv.    "Grand New Day," covered by Registration No. SR 386-596

22   covering the collection *Freeplay Music Corp./DVD #6*

23   www. "Alchemists Tale," covered by Registration No. SR 633-494

24   covering the collection *Freeplay Music CD #15*

25   xxx.    "Moments Remembered," covered by Registration No. SR 374-

26   911 covering the collection *Freeplay Music Corp./DVD #4*

27

28

yyy.  "Piano Stripped," covered by Registration No. SR 396-282 covering the collection *Freeplay Music Corp./DVD #9*

zzz.  "Slow Dive," covered by Registration No. SR 406-235 covering the collection *Freeplay Music Corp./DVD #11*

aaaa.  "Gremlins," covered by Registration No. SR 386-596 covering the collection *Freeplay Music Corp./DVD #6*

bbbb.  "Vampire Night," covered by Registration No. SR 386-596 covering the collection *Freeplay Music Corp./DVD #6*

cccc.  "Travelling," covered by Registration No. SR 633-491 covering the collection *Freeplay Music CD #13*

dddd.  "Weird Trip," covered by Registration No. SR 337-058 covering the collection *Sports Highlights Volume 1*

eeee.  "From The Heavens," covered by Registration No. SR 335-547 covering the collection *Drama Volume 1*

ffff.  "Olympic Fanfare," covered by Registration No. SR 335-926 covering the collection *Victory Grand*

gggg.  "Floor Sample," covered by Registration No. SR 334-609 covering the collection *Lounge Volume 1*

hhhh.  "Abandoned," covered by Registration No. SR 335-548 covering the collection *Drama Volume 1*

iiii.  "Temple Of Time," covered by Registration No. SR 633-487 covering the collection *Freeplay Music CD #14*

*Machinima's Unlicensed Use of FPM's Copyrighted Music*

82.  Machinima has engaged in at least 531 uses of the FPM Copyrights, including:

a.  FPM's copyrighted musical work "Have A Rastaday" was exploited on the following websites:

- 27 -

1   http://www.youtube.com/watch?v=MlYUnEIPNgE;

2   ttp://www.youtube.com/watch?v=ohNtvIiaJMc;

3   http://www.youtube.com/watch?v=ZDwqQf0bc84;

4   http://www.youtube.com/watch?v=bDvCtpSDL7Y;

5   http://www.youtube.com/watch?v=hJRYmyywJEo;

6   http://www.youtube.com/watch?v=AmA_C5O272o;

7   http://www.youtube.com/watch?v=U91COgTiVT0;

8   http://www.youtube.com/watch?v=j_B02Tya3tM;

9   http://www.youtube.com/watch?v=_6CMmP1utj4;

10  http://www.youtube.com/watch?v=fFbdVQLFB7M;

11  http://www.youtube.com/watch?v=wH23PG796Z8;

12  http://www.youtube.com/watch?v=YkV4ZcLmH5Q;

13  http://www.youtube.com/watch?v=QyOlKuNJ8zs;

14  http://www.youtube.com/watch?v=AOYPY5kuRcE;

15  http://www.youtube.com/watch?v=OApWx77l3t4;

16  http://www.youtube.com/watch?v=bI0oiuTT4vk;

17  http://www.youtube.com/watch?v=9PvHeH3u5zw;

18  http://www.youtube.com/watch?v=nH17MAi-gO8;

19  http://www.youtube.com/watch?v=gyqYKLrGlh8;

20  http://www.youtube.com/watch?v=krQTRAUlBIU;

21  http://www.youtube.com/watch?v=kxCs_R9qpYc;

22  http://www.youtube.com/watch?v=JcN8eM6z5WE;

23  http://www.youtube.com/watch?v=koyy5peI5Ss;

24  http://www.youtube.com/watch?v=YGJzbtGoe5k;

25  http://www.youtube.com/watch?v=A__H8gbApXw;

26  http://www.youtube.com/watch?v=Ja9IabOgdso;

27  http://www.youtube.com/watch?v=0uiMhi__W5M;

28

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

1    http://www.youtube.com/watch?v=W346SLsL44c;

2    http://www.youtube.com/watch?v=NRteYnUtkXk;

3    http://www.youtube.com/watch?v=CusL9P6Br-g;

4    http://www.youtube.com/watch?v=f7_d2TT4SS4;

5    http://www.youtube.com/watch?v=m8AcIIHpMKo;

6    http://www.youtube.com/watch?v=LK4xb-1aKxQ;

7    http://www.youtube.com/watch?v=gPUNmk0cufg;

8    http://www.youtube.com/watch?v=mBzbPaVBE0k;

9    http://www.youtube.com/watch?v=xrrPv23jPPg;

10    http://www.youtube.com/watch?v=YB5yLmWmPrA;

11    http://www.youtube.com/watch?v=18NoMMhTAiY;

12    http://www.youtube.com/watch?v=WqAcomVuh1s;

13    http://www.youtube.com/watch?v=k6PbKXLRD5E;

14    http://www.youtube.com/watch?v=lTe_29e9Np8;

15    http://www.youtube.com/watch?v=aXIBDZeMfko;

16    http://www.youtube.com/watch?v=3sjSnl44rog;

17    http://www.youtube.com/watch?v=TgG5nUXpBio;

18    http://www.youtube.com/watch?v=Rrxyadnhu4s;

19        b.    FPM's copyrighted musical work "One Drop World" was

20    exploited on the following website:

21    http://www.youtube.com/watch?v=eCpjUt8zDDw;

22        c.    FPM's copyrighted musical work "That Hurts" was exploited

23    on the following website:

24    http://www.youtube.com/watch?v=eCpjUt8zDDw;

25        d.    FPM's copyrighted musical work "Stud" was exploited on the

26    following website: http://www.youtube.com/watch?v=u1cKWEkZBao;

27

28

     e.    FPM's copyrighted musical work "Peacemaker" was exploited on the following websites: http://www.youtube.com/watch?v=HngqKCG-Xs8; http://www.youtube.com/watch?v=TDxgZmL2pXo; http://www.youtube.com/watch?v=8h7DlAHbQHM;

     f.    FPM's copyrighted musical work "Romantic Nights (Full Version)" was exploited on the following websites: http://www.youtube.com/watch?v=PGZPoSZnoXU; http://www.youtube.com/watch?v=fV2eiwJjZq8;

     g.    FPM's copyrighted musical work "A Walk in the Sun (60 Seconds)" was exploited on the following websites: http://www.youtube.com/watch?v=m49JVfssySk; http://www.youtube.com/watch?v=0EVeBkylpj0; http://www.youtube.com/watch?v=1pd4ped_Yms;

     h.    FPM's copyrighted musical work "Delta Fog" was exploited on the following websites: http://www.youtube.com/watch?v=Y5itfDmqIoA; http://www.youtube.com/watch?v=1FAUF5iUYiI; http://www.youtube.com/watch?v=0amPLAAnjIg; http://www.youtube.com/watch?v=4S2frFEFcsk; http://www.youtube.com/watch?v=xOFD5984FXw; http://www.youtube.com/watch?v=m8uDR176xIk; http://www.youtube.com/watch?v=Yzyrgffsl4s; http://www.youtube.com/watch?v=aqH9J2IqtWk; http://www.youtube.com/watch?v=MxFuxFusFv0; http://www.youtube.com/watch?v=HRy9kZ2njLY; http://www.youtube.com/watch?v=Jlf66rfg_Zs; http://www.youtube.com/watch?v=xjmqnNjt2v0; http://www.youtube.com/watch?v=CX3wvUiVaN4;

**ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)**

1   http://www.youtube.com/watch?v=C5sppTDAEEA;

2   http://www.youtube.com/watch?v=lwDYhfscNrg;

3   http://www.youtube.com/watch?v=SaitpG2gc6A;

4   http://www.youtube.com/watch?v=V6tjsDf92S8;

5   http://www.youtube.com/watch?v=5P88yAiMv3k;

6   http://www.youtube.com/watch?v=igdj-hkLG0U;

7   http://www.youtube.com/watch?v=irTfqCaNt34;

8   http://www.youtube.com/watch?v=DdGsc2lxHWo;

9   http://www.youtube.com/watch?v=RkhyIpbuIGE;

10   http://www.youtube.com/watch?v=gFo6ZElZ9Mg;

11   http://www.youtube.com/watch?v=oDDx5iIfQAA;

12   http://www.youtube.com/watch?v=W1h96KA46QI;

13   http://www.youtube.com/watch?v=iXyUkNNXMpU;

14   http://www.youtube.com/watch?v=4kkJrQcjJIk;

15   http://www.youtube.com/watch?v=0yjh8VVP8NM;

16   http://www.youtube.com/watch?v=KpmV7AjnbM4;

17   http://www.youtube.com/watch?v=2feTLGVZsk0;

18   http://www.youtube.com/watch?v=yP-t4pevg-k;

19   http://www.youtube.com/watch?v=RANdr8eouIY;

20   http://www.youtube.com/watch?v=wHZAxiy7Mc0;

21   http://www.youtube.com/watch?v=MTJYwqwVwwE;

22   http://www.youtube.com/watch?v=3q1_wsnP3bQ;

23   http://www.youtube.com/watch?v=1LoMWQ-NNK8;

24   http://www.youtube.com/watch?v=nHtRggNKVlg;

25   http://www.youtube.com/watch?v=Jz7EXnzn4_0;

26   http://www.youtube.com/watch?v=tmAFrcgA0nM;

27   http://www.youtube.com/watch?v=_xbpdIYkrwk;

28

1     http://www.youtube.com/watch?v=FQPAnP3rocQ;

2     http://www.youtube.com/watch?v=Ys_gVG-Augk;

3     http://www.youtube.com/watch?v=awIMxYvOlzE;

4     http://www.youtube.com/watch?v=dWSvdHM6Nl4;

5     http://www.youtube.com/watch?v=awbsTw8MO_E;

6     http://www.youtube.com/watch?v=WkSNS9etYeA;

7     http://www.youtube.com/watch?v=Do7kytMjGWg;

8     http://www.youtube.com/watch?v=US3q6XT_YDg;

9     http://www.youtube.com/watch?v=3e3PsBSYd9Q;

10     http://www.youtube.com/watch?v=zR1AtUi5Y7Q;

11     http://www.youtube.com/watch?v=4FXxpfWMihs;

12     http://www.youtube.com/watch?v=ALjuE-L94tM;

13     http://www.youtube.com/watch?v=X2XkXZyev54;

14     http://www.youtube.com/watch?v=TEqGYgT7Zns;

15     http://www.youtube.com/watch?v=IplGfLbODww;

16     http://www.youtube.com/watch?v=2KVGh7xvatQ;

17     http://www.youtube.com/watch?v=zsTgzflRn2s;

18     http://www.youtube.com/watch?v=KJJn06IEDgI;

19     http://www.youtube.com/watch?v=PXF30SkJn6s;

20     http://www.youtube.com/watch?v=zk0UvH2VSBw;

21     http://www.youtube.com/watch?v=TlUjWuuIatQ;

22     http://www.youtube.com/watch?v=4nT8zLHXP24;

23     http://www.youtube.com/watch?v=y3W_f0EI4nI;

24     http://www.youtube.com/watch?v=B-qjB0NHgIo;

25     http://www.youtube.com/watch?v=9hcCTGYOBQg;

26     http://www.youtube.com/watch?v=5td3O_3GM8A;

27     http://www.youtube.com/watch?v=a1mqwRObG4E;

28

1   http://www.youtube.com/watch?v=09lrxKBmjYc;

2   http://www.youtube.com/watch?v=I4ruZUAfGwU;

3   http://www.youtube.com/watch?v=mGGt_Kgc0wQ;

4   http://www.youtube.com/watch?v=Mf93nFFh0DA;

5   http://www.youtube.com/watch?v=eWk-Nfmkrr8;

6   http://www.youtube.com/watch?v=fXcKOtoEvy0;

7   http://www.youtube.com/watch?v=Px4sDxFa6cg;

8   http://www.youtube.com/watch?v=mDBujNetBss;

9   http://www.youtube.com/watch?v=oi3p0s-oakA;

10   http://www.youtube.com/watch?v=Z4jVe9fTpIQ;

11   http://www.youtube.com/watch?v=GDZqsyllu18;

12   http://www.youtube.com/watch?v=RgL995U8zWY;

13   http://www.youtube.com/watch?v=qIiF1DggRgc;

14   http://www.youtube.com/watch?v=mHxZZ-24wYQ;

15   http://www.youtube.com/watch?v=mBJei9DKIWk;

16   http://www.youtube.com/watch?v=70BfpvphUcQ;

17   http://www.youtube.com/watch?v=qo3AuZCOdRg;

18   http://www.youtube.com/watch?v=GIZCsidti-4;

19   http://www.youtube.com/watch?v=_Xuq5x8LDnE;

20   http://www.youtube.com/watch?v=WvBRbYpbHYM;

21   http://www.youtube.com/watch?v=Et9FCWrvZow;

22   http://www.youtube.com/watch?v=BZuXR0iqveU;

23   http://www.youtube.com/watch?v=t0YAgHOpeh0;

24   http://www.youtube.com/watch?v=XfmJdCycCzI;

25   http://www.youtube.com/watch?v=oKJw1O_JzwE;

26   http://www.youtube.com/watch?v=dHFDBds_PYg;

27   http://www.youtube.com/watch?v=p5hPYc4SvcE;

28

1    http://www.youtube.com/watch?v=JWWc7IMQNgQ;

2    http://www.youtube.com/watch?v=MEvkmwMpakI;

3    http://www.youtube.com/watch?v=CyQPhtKy0dA;

4    http://www.youtube.com/watch?v=_jWmuz62Z3U;

5    http://www.youtube.com/watch?v=tBsS6Exdy8M;

6    http://www.youtube.com/watch?v=vSWOKp4ceCQ;

7    http://www.youtube.com/watch?v=4HFFtZlGQjY;

8    http://www.youtube.com/watch?v=u2RiYWQZbRg;

9    http://www.youtube.com/watch?v=xOWBfitsDeU;

10    http://www.youtube.com/watch?v=NsueZmDHcjs;

11    http://www.youtube.com/watch?v=9tXs56KWDgI;

12    http://www.youtube.com/watch?v=VBFaHVux8Ro;

13    http://www.youtube.com/watch?v=CJw-pnblDqI;

14    http://www.youtube.com/watch?v=GdSqc8vjVpo;

15    http://www.youtube.com/watch?v=9A4wpg8qIKs;

16    http://www.youtube.com/watch?v=trDoa311Cxo;

17    http://www.youtube.com/watch?v=pK2Ive_zbiw;

18    http://www.youtube.com/watch?v=q_0xhDixh88;

19    http://www.youtube.com/watch?v=000m4lBddx8;

20    http://www.youtube.com/watch?v=hOCCvJ80yhw;

21    http://www.youtube.com/watch?v=k4Z_TQ0AVMQ;

22    http://www.youtube.com/watch?v=mlm2qsi4TZ8;

23    http://www.youtube.com/watch?v=W39QffD8gBg;

24    http://www.youtube.com/watch?v=2ovXnzsAwtk;

25    http://www.youtube.com/watch?v=ZOLpy4q5Jjk;

26    http://www.youtube.com/watch?v=sPfPuXfiNWc;

27    http://www.youtube.com/watch?v=f5zszm2xuIA;

28

1    http://www.youtube.com/watch?v=m0hT39Csozk;

2    http://www.youtube.com/watch?v=6w15Vbjbrz4;

3    http://www.youtube.com/watch?v=QjvWf8jTmN0;

4    http://www.youtube.com/watch?v=xBXyU4HBOEs;

5    http://www.youtube.com/watch?v=e5nNJLGEycE;

6    http://www.youtube.com/watch?v=sEG9O6Wn_8U;

7    http://www.youtube.com/watch?v=Hm6hsMWH278;

8    http://www.youtube.com/watch?v=m3cE0Z3bucA;

9    http://www.youtube.com/watch?v=Iy28gkCjMUw;

10    http://www.youtube.com/watch?v=Eo_YEw_Wl9Q;

11    http://www.youtube.com/watch?v=bUWk__7LyjA;

12    http://www.youtube.com/watch?v=f4V8H33YXDA;

13    http://www.youtube.com/watch?v=4920C2QCtxo;

14    http://www.youtube.com/watch?v=iRCJLfiS75I;

15    http://www.youtube.com/watch?v=IwFa8jqbsmI;

16    http://www.youtube.com/watch?v=gcFRRg3BMUg;

17    http://www.youtube.com/watch?v=rOs5EMMFi7w;

18    http://www.youtube.com/watch?v=5NDJDg2LqpA;

19    http://www.youtube.com/watch?v=L9_LW44TGRQ;

20    http://www.youtube.com/watch?v=NThgftC0HBM;

21    http://www.youtube.com/watch?v=9i-fsrX6fv0;

22    http://www.youtube.com/watch?v=5msab7-2UY4;

23    http://www.youtube.com/watch?v=K12EVoYvsmI;

24    http://www.youtube.com/watch?v=4kwD0BKGVSQ;

25    http://www.youtube.com/watch?v=roqfPAngh7o;

26    http://www.youtube.com/watch?v=vKbGDEh6R7I;

27    http://www.youtube.com/watch?v=8vRy8CPIjmk;

28

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY
JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT
INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

1    http://www.youtube.com/watch?v=Y-l_BY0DTjI;

2    http://www.youtube.com/watch?v=beKR-O3wC8I;

3    http://www.youtube.com/watch?v=pyCdiHOvBa8;

4    http://www.youtube.com/watch?v=UBijRifuR3c;

5    http://www.youtube.com/watch?v=3rFe_eSKRpE;

6    http://www.youtube.com/watch?v=fBt41M9urD4;

7    http://www.youtube.com/watch?v=NPbJW6j-iIU;

8    http://www.youtube.com/watch?v=8hIsGCieh8w;

9    http://www.youtube.com/watch?v=eGf9qrrXXPM;

10   http://www.youtube.com/watch?v=haAEXqBQbZ8;

11   http://www.youtube.cuh/watch?v=fXvcuh9fIbw;

12   http://www.youtube.com/watch?v=x2tUBp-9H8M;

13   http://www.youtube.com/watch?v=P7KS57_g3-E;

14   http://www.youtube.com/watch?v=4erKoF1L4xk;

15   http://www.youtube.com/watch?v=TabLpwZuBtI;

16   http://www.youtube.com/watch?v=DVHyaYQiPdg;

17   http://www.youtube.com/watch?v=qB2FLl4I76M;

18   http://www.youtube.com/watch?v=MZmuwp25b4c;

19   http://www.youtube.com/watch?v=rHX87fzt_6o;

20   http://www.youtube.com-watch?v=GeCuvB-woG8;

21   http://www.youtube.com/watch?v=zCzYQGfsfmY;

22   http://www.youtube.com/watch?v=mPqT_nZlAFo;

23   http://www.youtube.com/watch?v=cZEX8kZE6O4;

24   http://www.youtube.com/watch?v=yjKGvfhCOO0;

25   http://www.youtube.com/watch?v=MC-iC0QA0I8;

26   http://www.youtube.com/watch?v=_zXL1aErn9A;

27   http://www.youtube.com/watch?v=AWLWWlMaE-Q;

28

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY
JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT
INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

1   http://www.youtube.com/watch?v=gH9X70pfmMg;

2   http://www.youtube.com/watch?v=hwqrsFv3gUg;

3   http://www.youtube.com/watch?v=QkTK1c2GvOg;

4   http://www.youtube.com/watch?v=Dqdfnyqvx2s;

5   http://www.youtube.com/watch?v=jeTFOgEstns;

6   http://www.youtube.com/watch?v=gGw-1p676-E;

7   http://www.youtube.com/watch?v=bRs11vEtwY0;

8   http://www.youtube.com/watch?v=qaQIYkl_-Bk;

9   http://www.youtube.com/watch?v=3SfQ3E0X8-g;

10  http://www.youtube.com/watch?v=kYg14pLi34c;

11  http://www.youtube.com/watch?v=qhVfPJ1hraI;

12  http://www.youtube.com/watch?v=w9yoEalgbUI;

13  http://www.youtube.com/watch?v=1dyWdbj-L4o;

14  http://www.youtube.com/watch?v=NScRXWNCnAU;

15  http://www.youtube.com/watch?v=j3UJgLwN8do;

16  http://www.youtube.com/watch?v=vMq-5NCaZOs;

17  http://www.youtube.com/watch?v=uCdpuOM4E28;

18  http://www.youtube.com/watch?v=6JNuEWHvNUc;

19  http://www.youtube.com/watch?v=ujRZweXUy5I;

20  http://www.youtube.com/watch?v=M13h3gupo7Y;

21  http://www.youtube.com/watch?v=PZisHbncotI;

22  http://www.youtube.com/watch?v=lVAElYutUuM;

23  http://www.youtube.com/watch?v=olAG8VkGWjc;

24  http://www.youtube.com/watch?v=uQrpo5B65x8;

25  http://www.youtube.com/watch?v=NPhBS_srPSo;

26  http://www.youtube.com/watch?v=5SWZiaY1aD4;

27  http://www.youtube.com/watch?v=O0EaST0bIRk;

28

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

1    http://www.youtube.com/watch?v=UVSFiwkE7ZE;

2    http://www.youtube.com/watch?v=R2W9GJurMj0;

3    http://www.youtube.com/watch?v=a4L8DF04EoI;

4    http://www.youtube.com/watch?v=peLcZAG4Ut0;

5    http://www.youtube.com/watch?v=CmlJDtsLozM;

6    http://www.youtube.com/watch?v=Eh-nlQQ9XGY;

7    http://www.youtube.com/watch?v=tNWxNT1uSrI;

8    http://www.youtube.com/watch?v=Jh4rkah0N_k;

9    http://www.youtube.com/watch?v=O7grsLpgKbg;

10    http://www.youtube.com/watch?v=av0Vp5pS-Tc;

11    http://www.youtube.com/watch?v=VhOrlpRitBg;

12    http://www.youtube.com/watch?v=2k7846qgg00;

13    http://www.youtube.com/watch?v=FGbUsxbb998;

14    http://www.youtube.com/watch?v=KpUH3eN2eTM;

15    http://www.youtube.com/watch?v=a0rOtjRbebg;

16    http://www.youtube.com/watch?v=wrXCUn1lXao;

17    http://www.youtube.com/watch?v=nTtI6KcGZ8I;

18    http://www.youtube.com/watch?v=B2qFu9KePe8;

19    http://www.youtube.com/watch?v=MA_YQAj-WOc;

20    http://www.youtube.com/watch?v=B505Dmf3G4U;

21    http://www.youtube.com/watch?v=c6K3dqRUlIA;

22    http://www.youtube.com/watch?v=SrHL7YhXM7k;

23    http://www.youtube.com/watch?v=mthCsoF1wo0;

24    http://www.youtube.com/watch?v=RJt5kBEYk-I;

25    http://www.youtube.com/watch?v=iTfjDXDGz8w;

26    http://www.youtube.com/watch?v=mhyW19KM6QY;

27    http://www.youtube.com/watch?v=aj_3Avecqz4;

28

1    http://www.youtube.com/watch?v=KlqgA8EbD98;

2    http://www.youtube.com/watch?v=sAa43ZQEhOw;

3    http://www.youtube.com/watch?v=Gqs8P8Mq3qs;

4    http://www.youtube.com/watch?v=CU-LbqY4dDE;

5    http://www.youtube.com/watch?v=EQ13zjGAqOY;

6    http://www.youtube.com/watch?v=CKRK8NCRwZw;

7    http://www.youtube.com/watch?v=Y0UXXXt_wMY;

8    http://www.youtube.com/watch?v=1MSqtV-nZ5w;

9    http://www.youtube.com/watch?v=sktd_jd4Rd4;

10    http://www.youtube.com/watch?v=etsPdLX8mUg;

11    http://www.youtube.com/watch?v=HqqeDx5x6-I;

12    http://www.youtube.com/watch?v=JDrGtE65goc;

13    http://www.youtube.com/watch?v=0aEtd4OJZs0;

14    http://www.youtube.com/watch?v=twqWKT5iqMg;

15    http://www.youtube.com/watch?v=cuRvsQVo8CM;

16    http://www.youtube.com/watch?v=lfCSzPgRB-w;

17    http://www.youtube.com/watch?v=a3ppv17GY44;

18    http://www.youtube.com/watch?v=f545IMEmXRE;

19    http://www.youtube.com/watch?v=kvsZ-5vf1c0;

20    http://www.youtube.com/watch?v=TUFkjiTUwDY;

21    http://www.youtube.com/watch?v=kmCbrjxj39U;

22    http://www.youtube.com/watch?v=0wGRsaE3TA4;

23    http://www.youtube.com/watch?v=eGvKhgGD7Zo;

24    http://www.youtube.com/watch?v=ezscdie6sI4;

25    http://www.youtube.com/watch?v=inJOUdleyCQ;

26    http://www.youtube.com/watch?v=4UHdP9zOtJE;

27    http://www.youtube.com/watch?v=_KwNh4WP7yQ;

28

**ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED (15-CV-00937 MRW)**

1   http://www.youtube.com/watch?v=3HQmMXYLfwQ;

2   http://www.youtube.com/watch?v=DnsEd3yJWRA;

3   http://www.youtube.com/watch?v=4lB4-PDY4YA;

4   http://www.youtube.com/watch?v=FFdkmtQDGNk;

5   http://www.youtube.com/watch?v=3KCsRE99Hac;

6   http://www.youtube.com/watch?v=7hHsV3k947E;

7          i.     FPM's copyrighted musical work "Downhill Blitz" was

8   exploited on the following websites:

9   http://www.youtube.com/watch?v=CF0oc65Utx0;

10  http://www.youtube.com/watch?v=dgq3NyvqPM4;

11  http://www.youtube.com/watch?v=EuMhQvia8P4;

12         j.     FPM's copyrighted musical work "Pirates Nest" was exploited

13  on the following website:

14  http://www.youtube.com/watch?v=_iGum0BNY5s;

15         k.     FPM's copyrighted musical work "Trudge" was exploited on

16  the following website: http://www.youtube.com/watch?v=DPpsjAM6TnU;

17         l.     FPM's copyrighted musical work "Race To Action" was

18  exploited on the following websites:

19  http://www.youtube.com/watch?v=bup6xCgjlNo;

20  http://www.youtube.com/watch?v=fvSiErGYPc4;

21  http://www.youtube.com/watch?v=Gj8L-hu2BBs;

22  http://www.youtube.com/watch?v=t911uhYhfjI;

23  http://www.youtube.com/watch?v=awFKNbI7eJU;

24  http://www.youtube.com/watch?v=HeeCAO3aRz8;

25  http://www.youtube.com/watch?v=axEN6jsRwDw;

26  http://www.youtube.com/watch?v=FfH9WlYxjxY;

27  http://www.youtube.com/watch?v=wjQrj3eAuyA;

28

**ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED   (15-CV-00937 MRW)**

1    http://www.youtube.com/watch?v=45sCEJzO5j0;

2    http://www.youtube.com/watch?v=FAbidjmNPf4;

3    http://www.youtube.com/watch?v=TPYPC5O6eLo;

4    http://www.youtube.com/watch?v=jg9-mmfsR_o;

5    http://www.youtube.com/watch?v=V5tGOWWPYfY;

6    http://www.youtube.com/watch?v=3XY_c1yT5Jg;

7    http://www.youtube.com/watch?v=aEtraelLA64;

8    http://www.youtube.com/watch?v=2hc5J4oHBM8;

9    http://www.youtube.com/watch?v=_AQhQ4Sk1iE;

10   http://www.youtube.com/watch?v=kQoPTBR7KG4;

11   http://www.youtube.com/watch?v=mJ8NkVeRB4o;

12   http://www.youtube.com/watch?v=sUuw9WzPCno;

13   http://www.youtube.com/watch?v=SdjQbja6wi0;

14   http://www.youtube.com/watch?v=pgbpuACd0E0;

15   http://www.youtube.com/watch?v=UDhH8cqVe48;

16   http://www.youtube.com/watch?v=QqOem65e9Ng;

17   http://www.youtube.com/watch?v=yXAmcYlrsm0;

18   http://www.youtube.com/watch?v=jnZYGJT7ncw;

19        m.    FPM's copyrighted musical work "Force Combat" was

20   exploited on the following website:

21   http://www.youtube.com/watch?v=zGhJx31_94M;

22        n.    FPM's copyrighted musical work "With You" was exploited on

23   the following website: http://www.youtube.com/watch?v=iqE6QvNRHB4;

24        o.    FPM's copyrighted musical work "Conspiracy" was exploited

25   on the following website:

26   http://www.youtube.com/watch?v=pA5nSKAR6Eg;

27

28

**ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)**

1    p.    FPM's copyrighted musical work "Sand Storms" was exploited

2    on the following website:

3    http://www.youtube.com/watch?v=pA5nSKAR6Eg;

4    q.    FPM's copyrighted musical work "Loving You" was exploited

5    on the following website: http://www.youtube.com/watch?v=-GicE6B3pxU;

6    r.    FPM's copyrighted musical work "Darkstar" was exploited on

7    the following website: http://www.youtube.com/watch?v=hhZgJUQJmeY;

8    s.    FPM's copyrighted musical work "Oakland Soul" was

9    exploited on the following websites:

10   http://www.youtube.com/watch?v=n_etMs6MRug;

11   http://www.youtube.com/watch?v=A3GgxMwndDA;

12   t.    FPM's copyrighted musical work "Gangsta" was exploited on

13   the following website: http://www.youtube.com/watch?v=n_etMs6MRug;

14   http://www.youtube.com/watch?v=A3GgxMwndDA;

15   u.    FPM's copyrighted musical work "Extreme Team" was

16   exploited on the following websites:

17   http://www.youtube.com/watch?v=n_etMs6MRug;

18   http://www.youtube.com/watch?v=A3GgxMwndDA;

19   http://www.youtube.com/watch?v=DH0R_y6YGr4;

20   http://www.youtube.com/watch?v=kQoPTBR7KG4;

21   http://www.youtube.com/watch?v=7bgR04TlNr8;

22   http://www.youtube.com/watch?v=zOgsLhMVCgY;

23   http://www.youtube.com/watch?v=KcGMQv_96FM;

24   http://www.youtube.com/watch?v=mYSZVIz6P18;

25   http://www.youtube.com/watch?v=qswEZxkHcK0;

26   v.    FPM's copyrighted musical work "Decimator" was exploited

27   on the following websites:

28

1    http://www.youtube.com/watch?v=VOPILJA1YI8;

2    http://www.youtube.com/watch?v=bVGa_6An8Pw;

3    http://www.youtube.com/watch?v=r3inBCEq1MY;

4    http://www.youtube.com/watch?v=DH0R_y6YGr4;

5        w.    FPM's copyrighted musical work "Breakaway" was exploited

6    on the following website: http://www.youtube.com/watch?v=4lfGSnJaikU;

7        x.    FPM's copyrighted musical work "Magic Dulcimer" was

8    exploited on the following website:

9    http://www.youtube.com/watch?v=eTP2gfSnc00;

10        y.    FPM's copyrighted musical work "City Lights" was exploited

11    on the following websites: http://www.youtube.com/watch?v=GUX-XXKR-

12    58; http://www.youtube.com/watch?v=sQtZ9I85j4I;

13    http://www.youtube.com/watch?v=ObhomQFYv3M;

14    http://www.youtube.com/watch?v=LDpxUD4kyb4;

15    http://www.youtube.com/watch?v=W-g139KHCfg;

16        z.    FPM's copyrighted musical work "Bouncing" was exploited on

17    the following websites: http://www.youtube.com/watch?v=GUX-XXKR-58;

18    http://www.youtube.com/watch?v=sQtZ9I85j4I;

19    http://www.youtube.com/watch?v=ObhomQFYv3M;

20    http://www.youtube.com/watch?v=W-g139KHCfg;

21        aa.    FPM's copyrighted musical work "Time Pilot" was exploited

22    on the following website: http://www.youtube.com/watch?v=pzyPSyD8f5U;

23        bb.    FPM's copyrighted musical work "Wall The" was exploited on

24    the following websites: http://www.youtube.com/watch?v=FtOlKXJqSYY;

25    http://www.youtube.com/watch?v=JZjJDPJUuB0;

26    http://www.youtube.com/watch?v=liVK7uSLxu4;

27

28

**ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)**

1   http://www.youtube.com/watch?v=CGUJBn3dHyQ;

2   http://www.youtube.com/watch?v=u-rnWKSeqHA;

3       cc.    FPM's copyrighted musical work "Truce" was exploited on the

4   following website: http://www.youtube.com/watch?v=k5oKSSaSBYQ;

5       dd.    FPM's copyrighted musical work "Western Mood" was

6   exploited on the following website:

7   http://www.youtube.com/watch?v=bVGa_6An8Pw;

8       ee.    FPM's copyrighted musical work "Rise and Shine" was

9   exploited on the following websites:

10   http://www.youtube.com/watch?v=XGNlfc88HeQ;

11   http://www.youtube.com/watch?v=NYSHJqzPF3U;

12   http://www.youtube.com/watch?v=tk6c6q5ulnE;

13   http://www.youtube.com/watch?v=U917VETzBmA;

14       ff.    FPM's copyrighted musical work "No Mans Land" was

15   exploited on the following website:

16   http://www.youtube.com/watch?v=jzqLD79MFl8;

17       gg.    FPM's copyrighted musical work "Gates to Adis" was

18   exploited on the following website:

19   http://www.youtube.com/watch?v=jzqLD79MFl8;

20       hh.    FPM's copyrighted musical work "Wormhole" was exploited

21   on the following website: http://www.youtube.com/watch?v=jzqLD79MFl8;

22       ii.    FPM's copyrighted musical work "Warriors Arise!" was

23   exploited on the following website:

24   http://www.youtube.com/watch?v=jzqLD79MFl8;

25       jj.    FPM's copyrighted musical work "Dark Flow" was exploited

26   on the following website: http://www.youtube.com/watch?v=anJfXrENh4c;

27

28

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

kk.   FPM's copyrighted musical work "Thunderization" was exploited on the following website: http://www.youtube.com/watch?v=1iamh6mdjaM;

ll.   FPM's copyrighted musical work "Crossing" was exploited on the following websites: http://www.youtube.com/watch?v=oG9k2ME049A; http://www.youtube.com/watch?v=wMbbIH7MmGY; http://www.youtube.com/watch?v=QA3F2yoVlnw;

mm.   FPM's copyrighted musical work "Dim Horizon" was exploited on the following websites: http://www.youtube.com/watch?v=lJ3L7KmP7Pk; http://www.youtube.com/watch?v=FWL6abUezus;

nn.   FPM's copyrighted musical work "Companion" was exploited on the following website: http://www.youtube.com/watch?v=lJ3L7KmP7Pk;

oo.   FPM's copyrighted musical work "Devil Ride" was exploited on the following website: http://www.youtube.com/watch?v=BczQ-q6nVK0;

pp.   FPM's copyrighted musical work "Final Cut" was exploited on the following website: http://www.youtube.com/watch?v=r_Trkj9TM70;

qq.   FPM's copyrighted musical work "Rave" was exploited on the following website: http://www.youtube.com/watch?v=JbCFgbmF7ac;

rr.   FPM's copyrighted musical work "Untameable Fire" was exploited on the following website: http://www.youtube.com/watch?v=DHkW0aal-30;

ss.   FPM's copyrighted musical work "Operation Eagle" was exploited on the following website: http://www.youtube.com/watch?v=DHkW0aal-30;

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

tt.     FPM's copyrighted musical work "While The Nation Mourns" was exploited on the following website: http://www.youtube.com/watch?v=xAsIGSQKgZc;

uu.     FPM's copyrighted musical work "Determined Tumbao" was exploited on the following website: http://www.youtube.com/watch?v=hzCJt4rf8PU;

vv.     FPM's copyrighted musical work "Killer" was exploited on the following website: http://www.youtube.com/watch?v=DH0R_y6YGr4;

ww.     FPM's copyrighted musical work "All My Chicks" was exploited on the following website: http://www.youtube.com/watch?v=DH0R_y6YGr4; http://www.youtube.com/watch?v=d9ouoc5Tm2o;

xx.     FPM's copyrighted musical work "Souled Out" was exploited on the following website: http://www.youtube.com/watch?v=DH0R_y6YGr4;

yy.     FPM's copyrighted musical work "Anatak" was exploited on the following website: http://www.youtube.com/watch?v=nlDtpVsNeHE;

zz.     FPM's copyrighted musical work "MugShot" was exploited on the following website: http://www.youtube.com/watch?v=soF2DCD2zGU;

aaa.   FPM's copyrighted musical work "Quiet Storm" was exploited on the following website: http://www.youtube.com/watch?v=soF2DCD2zGU;

bbb.   FPM's copyrighted musical work "A Question of Why" was exploited on the following website: http://www.youtube.com/watch?v=0Lt7KhjApps;

1    ccc.    FPM's copyrighted musical work "Shine" was exploited on the

2    following websites: http://www.youtube.com/watch?v=EuMhQvia8P4;

3    http://www.youtube.com/watch?v=3dnbSyChNpk;

4    ddd.    FPM's copyrighted musical work "Mine Today" was exploited

5    on the following website: http://www.youtube.com/watch?v=IurCl7plz80;

6    eee.    FPM's copyrighted musical work "Wild Child" was exploited

7    on the following website:

8    http://www.youtube.com/watch?v=SmZk1kpNJYU;

9    fff.    FPM's copyrighted musical work "Wide Open" was exploited

10    on the following website:

11    http://www.youtube.com/watch?v=M7gRJlW0Ees;

12    ggg.    FPM's copyrighted musical work "Soul Thang" was exploited

13    on the following websites: http://www.youtube.com/watch?v=MF-

14    D7r21ChY; http://www.youtube.com/watch?v=v7gAkdIJGwQ;

15    http://www.youtube.com/watch?v=5MDmVorr7G4;

16    http://www.youtube.com/watch?v=h3o-Mbk5eOs;

17    hhh.    FPM's copyrighted musical work "Sir Robin of Locksley" was

18    exploited on the following website:

19    http://www.youtube.com/watch?v=kP6kwrWNsLk;

20    iii.    FPM's copyrighted musical work "Army Angels" was

21    exploited on the following website:

22    http://www.youtube.com/watch?v=rNQl4YBpJxk;

23    jjj.    FPM's copyrighted musical work "Glow" was exploited on the

24    following website: http://www.youtube.com/watch?v=5MDmVorr7G4;

25    kkk.    FPM's copyrighted musical work "La Cha Cha" was exploited

26    on the following website:

27    http://www.youtube.com/watch?v=bDoarTCUxUA;

28

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY
JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT
INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

lll.    FPM's copyrighted musical work "Hula Balu" was exploited on the following website: http://www.youtube.com/watch?v=dIUc5tWK1A0;

mmm.    FPM's copyrighted musical work "Answers" was exploited on the following website: http://www.youtube.com/watch?v=kCrJsiNV3ms;

nnn.    FPM's copyrighted musical work "Strike Eagle" was exploited on the following website: http://www.youtube.com/watch?v=thFoz5oIdNs;

ooo.    FPM's copyrighted musical work "Let Yourself Go" was exploited on the following website: http://www.youtube.com/watch?v=okwfUeCK5Tg;

ppp.    FPM's copyrighted musical work "Field Forces" was exploited on the following website: http://www.youtube.com/watch?v=QoXJKBSKshM;

qqq.    FPM's copyrighted musical work "Countin on You" was exploited on the following website: http://www.youtube.com/watch?v=n4Yqr9E9OJY;

rrr.    FPM's copyrighted musical work "Shopping Spree" was exploited on the following websites: http://www.youtube.com/watch?v=n4Yqr9E9OJY; http://www.youtube.com/watch?v=Mm2HmK5xBgo;

sss.    FPM's copyrighted musical work "Halfback" was exploited on the following website: http://www.youtube.com/watch?v=Mm2HmK5xBgo;

ttt.    FPM's copyrighted musical work "In Tune Today" was exploited on the following websites: http://www.youtube.com/watch?v=Mm2HmK5xBgo; http://www.youtube.com/watch?v=B6IuWuZgkzU;

ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)

uuu.   FPM's copyrighted musical work "Danger at Hand" was exploited on the following website:

http://www.youtube.com/watch?v=rZKgTJ2woP0;

vvv.   FPM's copyrighted musical work "Grand New Day" was exploited on the following websites:

http://www.youtube.com/watch?v=VaiCOM5PEus;

http://www.youtube.com/watch?v=EcOltez-lds;

http://www.youtube.com/watch?v=y5dRmfCeh2M;

http://www.youtube.com/watch?v=gtWGpXVlXl4;

http://www.youtube.com/watch?v=jZZUxBj3_MY;

http://www.youtube.com/watch?v=wjExzgsax48;

http://www.youtube.com/watch?v=nKQggt9dGV8;

http://www.youtube.com/watch?v=KcGMQv_96FM;

http://www.youtube.com/watch?v=mYSZVIz6P18;

http://www.youtube.com/watch?v=oH0DJZp8VTI;

www. FPM's copyrighted musical work "Alchemists Tale" was exploited on the following websites:

http://www.youtube.com/watch?v=94cHyCTydzs;

http://www.youtube.com/watch?v=b-iy2PjIkyY;

http://www.youtube.com/watch?v=2Se40J4C_FM;

http://www.youtube.com/watch?v=VQwLDRhksEA;

http://www.youtube.com/watch?v=B6IuWuZgkzU;

http://www.youtube.com/watch?v=Wq6CRrud09g;

http://www.youtube.com/watch?v=jQxZsnleuh4;

http://www.youtube.com/watch?v=NdcAqt_nwf8;

http://www.youtube.com/watch?v=yTp4ao0jBmI;

http://www.youtube.com/watch?v=jfLQnNEWZpY;

1   http://www.youtube.com/watch?v=GDutqp1m7WA;

2   http://www.youtube.com/watch?v=sIuBOzIENZY;

3   http://www.youtube.com/watch?v=Rs-j6D_t9DU;

4       xxx.   FPM's copyrighted musical work "Moments Remembered"

5   was exploited on the following website:

6   http://www.youtube.com/watch?v=y5dRmfCeh2M;

7       yyy.   FPM's copyrighted musical work "Piano Stripped" was

8   exploited on the following website:

9   http://www.youtube.com/watch?v=TuQS9bLnUBU;

10  http://www.youtube.com/watch?v=aLIvdSCFTpk;

11  http://www.youtube.com/watch?v=jfLQnNEWZpY;

12      zzz.   FPM's copyrighted musical work "Slow Dive" was exploited

13  on the following website: http://www.youtube.com/watch?v=f2r-ZfWOFv0;

14  http://www.youtube.com/watch?v=_AQhQ4Sk1iE;

15  http://www.youtube.com/watch?v=LX4Tdjsa2oo;

16  http://www.youtube.com/watch?v=ulD3s9Vkx8U;

17  http://www.youtube.com/watch?v=nDfrNBpqytc;

18  http://www.youtube.com/watch?v=p14l7q2Wfw8;

19  http://www.youtube.com/watch?v=rz_h4EW9wJ4;

20  http://www.youtube.com/watch?v=ul_bOeeEKs0;

21  http://www.youtube.com/watch?v=0Zxq0uE0za8;

22  http://www.youtube.com/watch?v=s3xWaIX8PLA;

23  http://www.youtube.com/watch?v=AbAY90fAISY;

24  http://www.youtube.com/watch?v=SysQMLmnhBQ;

25  http://www.youtube.com/watch?v=C87nW-l0hzE;

26  http://www.youtube.com/watch?v=8kznYM9Nb64;

27  http://www.youtube.com/watch?v=X_6jE1ZVboU;

28

1   http://www.youtube.com/watch?v=R4iRax34IWA;

2   http://www.youtube.com/watch?v=NiGT1483-98;

3   http://www.youtube.com/watch?v=XD72bHR7VMk;

4   http://www.youtube.com/watch?v=gXto2JVTc6g;

5   http://www.youtube.com/watch?v=9VrqVTtukGY;

6   http://www.youtube.com/watch?v=aLIvdSCFTpk;

7   http://www.youtube.com/watch?v=cyY-dxsmQws;

8   http://www.youtube.com/watch?v=xB6w6YmOQh4;

9   http://www.youtube.com/watch?v=8rpFWAhmrnY;

10   http://www.youtube.com/watch?v=auPlortUA9Q;

11   http://www.youtube.com/watch?v=O8bAtU-KKjA;

12   http://www.youtube.com/watch?v=8o0wDMuWMbk;

13   http://www.youtube.com/watch?v=Hi_3lDAZl90;

14   http://www.youtube.com/watch?v=oUDXyFjQKnI;

15   http://www.youtube.com/watch?v=xgpMDL-T8dc;

16   http://www.youtube.com/watch?v=uGxvbvHHLDw;

17   http://www.youtube.com/watch?v=cAT5ur0_9iw;

18        aaaa.  FPM's copyrighted musical work "Gremlins" was exploited on

19   the following website:

20   http://www.youtube.com/watch?v=ExWQWNRSAd4;

21   http://www.youtube.com/watch?v=aLIvdSCFTpk;

22   http://www.youtube.com/watch?v=d2peq2zXePk;

23        bbbb. FPM's copyrighted musical work "Vampire Night" was

24   exploited on the following website:

25   http://www.youtube.com/watch?v=sUuw9WzPCno;

26   http://www.youtube.com/watch?v=nKQggt9dGV8;

27   http://www.youtube.com/watch?v=MkaUz2w-Mzc;

28

http://www.youtube.com/watch?v=Wq6CRrud09g;

http://www.youtube.com/watch?v=mYSZVIz6P18;

    cccc.  FPM's copyrighted musical work "Travelling" was exploited on the following websites:

http://www.youtube.com/watch?v=2Se40J4C_FM;

http://www.youtube.com/watch?v=vY7d8UPRJko;

http://www.youtube.com/watch?v=XNgQ7jfM97o;

    dddd.  FPM's copyrighted musical work "Weird Trip" was exploited on the following website: http://www.youtube.com/watch?v=4Jf5ht0fjuM;

http://www.youtube.com/watch?v=VQwLDRhksEA;

http://www.youtube.com/watch?v=M2lK1S_eHpM;

http://www.youtube.com/watch?v=zT3xvlo5jAU;

    eeee.  FPM's copyrighted musical work "From The Heavens" was exploited on the following website:

http://www.youtube.com/watch?v=B6IuWuZgkzU;

http://www.youtube.com/watch?v=IporWNOSJ3I;

http://www.youtube.com/watch?v=jfLQnNEWZpY;

    ffff.   FPM's copyrighted musical work "Olympic Fanfare" was exploited on the following website:

http://www.youtube.com/watch?v=7t4CX6VNH2Y;

    gggg. FPM's copyrighted musical work "Floor Sample" was exploited on the following website:

http://www.youtube.com/watch?v=vG0i8-dE7vs;

    hhhh. FPM's copyrighted musical work "Abandoned" was exploited on the following websites:

http://www.youtube.com/watch?v=OqlG1twDo5Y;

http://www.youtube.com/watch?v=qswEZxkHcK0;

**ANSWER AND COUNTERCLAIM OF DEFENDANT FREEPLAY MUSIC, LLC TO COMPLAINT FOR DECLARATORY JUDGMENT AND VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW AND COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT; JURY TRIAL DEMANDED  (15-CV-00937 MRW)**

iiii.    FPM's copyrighted musical work "Temple of Time" was exploited on the following website:

http://www.youtube.com/watch?v=oH0DJZp8VTI;

83.    Upon information and belief, Machinima monetized the uses of FPM's Copyrighted Music by, among other things, placing advertisements in those videos and/or using the viewership of those videos to increase its footprint on YouTube and the amount of its advertising revenues.

### Count I:
### Copyright Infringement

84.    FPM incorporates the allegations set forth in paragraphs 1 through 83 hereof, inclusive, as though the same were set forth herein.

85.    This cause of action arises under 17 U.S.C. § 501.

86.    Each of the FPM Copyrights has been registered with the United States Copyright Office.

87.    FPM owns all exclusive rights under 17 U.S.C. § 106 to the FPM Copyrighted Music.

88.    Each of the musical works covered by the FPM Copyrights is an original work and constitutes copyrightable subject matter within the meaning of 17 U.S.C. § 102.

89.    FPM has never granted Machinima or otherwise authorized Machinima to exploit the musical works covered by the FPM Copyrights.

90.    Machinima's acts violate FPM's exclusive rights under 17 U.S.C. §106.

91.    Machinima's infringement of the FPM Copyrights is and has been willful, intentional, purposeful, and/or in disregard of FPM's rights.

92.    FPM is entitled to its damages and Machinima's profits from the alleged infringement, in an amount to be proven at trial.

93.     In the alternative, FPM is entitled to statutory damages, in an amount of up to $150,000 per infringed copyright.

## PRAYER FOR RELIEF

WHEREFORE, FPM respectfully prays for judgment against Machinima as follows:

(a)     for a ruling that Machinima has willfully infringed FPM's copyrights;

(b)     for injunctive relief prohibiting Machinima from exploiting FPM's copyrighted music;

(c)     for FPM's damages and, to the extent not duplicative, Machinima's profits attributable to the infringement;

(d)     in the alternative to actual damages, for statutory damages under 17 U.S.C. § 504(c), in an amount of up to $150,000 per work;

(e)     for FPM's costs of this action, including reasonable attorneys' fees under 17 U.S.C. § 505;

(f)     for prejudgment and post judgment interest; and

(g)     for such other and further relief as the Court deems proper and just.

## **DEMAND FOR JURY TRIAL**

FPM requests a trial by jury on all issues so triable.

Dated: March 3, 2015

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _/s/Robert C. Welsh_

Attorneys for Defendant and Counterclaimant
FREEPLAY MUSIC, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28