1  MANATT, PHELPS & PHILLIPS, LLP
   ROBERT A. JACOBS (Bar No. CA 160350)
2  E-Mail: rjacobs@manatt.com
   EMIL PETROSSIAN (Bar No. CA 264222)
3  E-Mail: epetrossian@manatt.com
   11355 West Olympic Boulevard
4  Los Angeles, California 90064
   Telephone: (310) 312-4000
5  Facsimile: (310) 312-4224

6  FREEDMAN + TAITELMAN, LLP
   BRYAN J. FREEDMAN (Bar No. CA 151990)
7  E-Mail: bfreedman@ftllp.com
   SEAN M. HARDY (Bar No. CA 266446)
8  E-Mail: smhardy@ftllp.com
   1901 Avenue of the Stars, Suite 500
9  Los Angeles, California 90067
   Telephone: (310) 201-0005
10 Facsimile: (310) 201-0045

11 *Attorneys for Plaintiff and Counterclaim Defendant*
   MACHINIMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACHINIMA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FREEPLAY MUSIC, LLC et al., <br><br> Defendants. | Case No. CV 15-00937 MRW <br><br> Hon. Michael R. Wilner <br> Courtroom No. H – 9th Floor <br><br> **PLAINTIFF AND COUNTERCLAIM DEFENDANT MACHINIMA, INC.'S ANSWER TO DEFENDANT AND COUNTERCLAIM PLAINTIFF FREEPLAY MUSIC, LLC'S COUNTERCLAIM** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Complaint Filed:  Feb. 9, 2015 <br> Countercl. Filed:  Mar. 3, 2015 <br> Trial Date:  None Set |
| FREEPLAY MUSIC, LLC, <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> MACHINIMA, INC., <br><br> Counterclaim Defendant. | |

      Plaintiff and Counterclaim Defendant Machinima, Inc. ("Machinima"), by and through its undersigned counsel, hereby answers Defendant and Counterclaim Plaintiff Freeplay Music, LLC's ("Freeplay") Counterclaim as follows:[1]

      29.    Machinima denies that it has misappropriated any of Freeplay's copyrights or profited from such misappropriation, or that it has violated any other law.  Machinima denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 29 of the Counterclaim, and on that basis denies them.

      30.    Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Counterclaim, and on that basis denies them.

      31.    Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Counterclaim, and on that basis denies them.

      32.    Machinima admits that Freeplay contacted Machinima and alleged that Machinima was infringing its copyrights.  Machinima also admits that it filed this declaratory judgment action.  Machinima denies that it has infringed any of Freeplay's copyrights, or that it has ever recognized that Freeplay's copyrights were being infringed.  Machinima denies all of the remaining allegations in Paragraph 32 of the Counterclaim.

      33.    Machinima denies the allegations in Paragraph 33 of the Counterclaim.

      34.    Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Counterclaim concerning Freeplay's assets and monetization thereof, and on that basis denies them.  Machinima denies the remaining allegations in Paragraph 34 of the Counterclaim.

---

[1] The paragraph numbers herein correspond to the paragraph numbers in the Counterclaims.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

35. Machinima denies the allegations in Paragraph 35 of the Counterclaim.

36. Machinima denies the allegations in Paragraph 36 of the Counterclaim.

37. Paragraph 37 of the Counterclaim contains allegations of law, not fact, to which no response is required.

38. Paragraph 38 of the Counterclaim contains allegations of law, not fact, to which no response is required.

39. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the Counterclaim, and on that basis denies them.

40. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the Counterclaim, and on that basis denies them.

41. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the Counterclaim, and on that basis denies them. Further, no response is required to the extent that Paragraph 41 of the Counterclaim contains allegations of law, not fact.

42. Machinima admits that BMI and ASCAP are public performance societies. Machinima denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 42, and on that basis denies them.

43. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 of the Counterclaim, and on that basis denies them.

44. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 of the Counterclaim, and on that basis denies them.

45. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the Counterclaim, and on that basis denies them.

46. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 of the Counterclaim, and on that basis denies them.

47. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 of the Counterclaim, and on that basis denies them.

48. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the Counterclaim, and on that basis denies them.

49. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 of the Counterclaim, and on that basis denies them.

50. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 of the Counterclaim, and on that basis denies them.

51. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the Counterclaim, and on that basis denies them.

52. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Counterclaim, and on that basis denies them.

53. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the Counterclaim, and on that basis denies them.

54. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Counterclaim, and on that basis denies them.

55. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the Counterclaim, and on that basis denies them.

56. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 of the Counterclaim, and on that basis denies them.

57. Machinima admits that it alleges in its Complaint in this action that Freeplay unilaterally altered its confusing and contradictory "terms and conditions" of use in October 2014. Machinima denies the remaining allegations in Paragraph 57 of the Counterclaim.

58. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 of the Counterclaim, and on that basis denies them.

59. Machinima denies the allegations in Paragraph 59 of the Counterclaim.

60. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the Counterclaim, and on that basis denies them.

61. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the Counterclaim, and on that basis denies them.

62. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 of the Counterclaim, and on that basis denies them.

63. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 of the Counterclaim, and on that basis denies them.

64. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 of the Counterclaim, and on that basis denies them.

65. Machinima denies the allegations in the second sentence of Paragraph 65 of the Counterclaim insofar as they relate to Machinima. Machinima denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 65 of the Counterclaim, and on that basis denies them.

66. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 of the Counterclaim, and on that basis denies them.

67. Machinima admits that it is a multi-channel network.

68. Machinima admits that some multi-channel networks host content on YouTube. Machinima denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 68 of the Counterclaim, and on that basis denies them.

69. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 of the Counterclaim, and on that basis denies them.

70. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 of the Counterclaim, and on that basis denies them.

71. Machinima denies that it has ever engaged in or committed copyright infringement. Machinima denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 71 of the Counterclaim, and on that basis denies them.

72. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 of the Counterclaim, and on that basis denies them.

73. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 of the Counterclaim, and on that basis denies them.

74. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 of the Counterclaim, and on that basis denies them.

75. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 of the Counterclaim, and on that basis denies them.

76. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 of the Counterclaim, and on that basis denies them.

77. Machinima denies the allegations in Paragraph 77 of the Counterclaim.

78. Machinima denies that it has infringed or exploited without authorization any of Freeplay's copyrights.  Machinima denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 78 of the Counterclaim, and on that basis denies them.

79. Machinima denies the allegations in Paragraph 79 of the Counterclaim.

80. Machinima denies the allegations in Paragraph 80 of the Counterclaim.

81. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 of the Counterclaim, including each and every one of its subparts, and on that basis denies them.

82. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 of the Counterclaim, including each and every one of its subparts, and on that basis denies them.

83. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 of the Counterclaim, and on that basis denies them.

### "Count I:
### Copyright Infringement"

84. Machinima repeats and realleges its responses to Paragraphs 29 through 83 of the Counterclaims as set forth above.

85. Machinima denies the allegations in Paragraph 85 of the Counterclaim.

86. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 of the Counterclaim, including any subparts, and on that basis denies them.

87. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 of the Counterclaim, including any subparts, and on that basis denies them.

88. Machinima denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 of the Counterclaim, including any subparts, and on that basis denies them.

89. Machinima denies the allegations in Paragraph 89 of the Counterclaim.

90. Machinima denies the allegations in Paragraph 90 of the Counterclaim.

91. Machinima denies the allegations in Paragraph 91 of the Counterclaim.

92. Machinima denies the allegations in Paragraph 92 of the Counterclaim.

93. Machinima denies the allegations in Paragraph 93 of the Counterclaim.

### AFFIRMATIVE AND OTHER DEFENSES

By alleging defenses herein, Machinima does not seek to alter the burden of proof or burden of production that exists with respect to any particular issue at law or in equity. Furthermore, all defenses are pleaded in the alternative and do not constitute an admission either of Machinima's alleged liability or Freeplay's alleged entitlement to relief.

### First Affirmative Defense

### (Failure to State a Claim)

94. Freeplay's Counterclaim is barred, in whole or in part, because it fails to state facts sufficient to constitute a claim against Machinima, and further fails to state facts sufficient to entitle Freeplay to the relief sought, or to any other relief whatsoever, from Machinima.

### Second Affirmative Defense

### (Injuries Caused by Third Parties)

95. Freeplay's Counterclaim is barred, in whole or in part, because Freeplay's alleged injuries, if any, were caused by the acts or omissions of third parties that Machinima does not control.

### Third Affirmative Defense

### (Not Original to Claimant / Not Protectable Copyright Matter)

96. Freeplay's Counterclaim is barred, in whole or in part, because the allegedly copied works are not original to Freeplay and/or do not constitute protectable copyrightable matter.

### Fourth Affirmative Defense

### (17 U.S.C. § 512)

97. Freeplay's Counterclaim is barred, in whole or in part, by the statutory immunity granted to service providers under 17 U.S.C. § 512.

### Fifth Affirmative Defense

### (No Direct Financial Benefit)

98. Freeplay's Counterclaim is barred, in whole or in part, because Machinima did not obtain a direct financial benefit from the alleged primary infringement.

/ / /

/ / /

/ / /

**Sixth Affirmative Defense**

**(No Volitional Act)**

99. Freeplay's Counterclaim is barred, in whole or in part, because the alleged primary infringement was not caused by a volitional act attributable to Machinima.

**Seventh Affirmative Defense**

**(No Statutory Damages)**

100. Freeplay's Counterclaim for statutory damages and attorneys' fees under 17 U.S.C. § 504(c) is barred, in whole or in part, because, on information and belief, Freeplay has failed to comply with the requirements of 17 U.S.C. § 412.

**Eighth Affirmative Defense**

**(Staple Article of Commerce)**

101. Freeplay's Counterclaim is barred, in whole or in part, because Machinima's products and/or services are staple articles of commerce.

**Ninth Affirmative Defense**

**(Lack of Knowledge)**

102. Freeplay's Counterclaim is barred, in whole or in part, because Machinima did not have the requisite knowledge of the alleged primary infringement and did not encourage or induce the alleged primary infringement.

**Tenth Affirmative Defense**

**(No Right or Ability to Control)**

103. Freeplay's Counterclaim is barred, in whole or in part, because Machinima does not and did not have the right or ability to control the alleged primary infringement.

**Eleventh Affirmative Defense**

**(Fair Use Pursuant to 17 U.S.C. § 107)**

104. Freeplay's Counterclaim is barred, in whole or in part, by the doctrine of fair use pursuant to 17 U.S.C. § 107.

## Twelfth Affirmative Defense

### (No Direct Liability for Copyright Infringement)

105. Freeplay's Counterclaim is barred, in whole or in part, because, at a minimum, Machinima cannot be held directly liable for the alleged primary infringement.

## Thirteenth Affirmative Defense

### (Invalidity and Unenforceability of Copyright)

106. Freeplay's Counterclaim is barred, in whole or in part, to the extent that Freeplay's purported copyrights are invalid and/or unenforceable.

## Fourteenth Affirmative Defense

### (License, Consent, and Acquiescence)

107. Freeplay's Counterclaim is barred, in whole or in part, Freeplay's license, consent and acquiescence to Machinima's alleged use of Freeplay's purported copyrights.

## Fifteenth Affirmative Defense

### (Misuse of Copyright)

108. Freeplay's Counterclaim is barred, in whole or in part, by the doctrine of misuse of copyright.

## Sixteenth Affirmative Defense

### (Noninfringing Uses)

109. Freeplay's Counterclaim is barred, in whole or in part, because Machinima's products and/or services are capable of substantial noninfringing uses.

## Seventeenth Affirmative Defense

### (Failure to Mitigate Damages)

110. Freeplay is barred, in whole or in part, from recovering damages from Machinima, and Machinima's liability, if any, should be denied, apportioned, or reduced, to the extent that Freeplay has failed to exercise reasonable efforts to minimize or avoid any damages that were allegedly caused by Machinima.

### Eighteenth Affirmative Defense

### (Innocent Intent)

111. Freeplay's Counterclaim is barred, in whole or in part, because at all times, Machinima's conduct was undertaken in good faith and with non-willful intent.

### Nineteenth Affirmative Defense

### (Failure to Register Copyrights)

112. Freeplay's Counterclaim is barred, in whole or in part, to the extent that Freeplay has failed to properly or timely register its purported works with the United States Copyright Office.

### Twentieth Affirmative Defense

### (Laches)

113. Freeplay has unreasonably delayed in presenting the claims underlying this action, resulting in the loss of material evidence or other substantial prejudice to Machinima's interests, such that Freeplay's Counterclaim is barred, in whole or in part, because of such delay or other unreasonable conduct pursuant to the doctrine of laches.

### Twenty-First Affirmative Defense

### (Waiver)

114. Freeplay's Counterclaim is barred, in whole or in part, to the extent that Freeplay, by reason of its own conduct and actions, has waived any right to assert its counterclaims.

### Twenty-Second Affirmative Defense

### (Abandonment and Forfeiture)

115. Freeplay's Counterclaim is barred, in whole or in part, to the extent Freeplay has forfeited or abandoned its intellectual property rights.

## Twenty-Third Affirmative Defense

### (Estoppel)

116. Freeplay's Counterclaim is barred, in whole or in part, by the doctrine of estoppel.

## Twenty-Fourth Affirmative Defense

### (Unclean Hands)

117. Freeplay's Counterclaim is barred, in whole or in part, by the doctrine of unclean hands.

## Twenty-Fifth Affirmative Defense

### (Reservation of Right to Assert Additional Affirmative Defenses)

118. Machinima lacks sufficient knowledge or information regarding the facts alleged by Freeplay, and therefore expressly reserves the right to plead additional affirmative defenses at a later time if such defenses are appropriate based on information that becomes available to Machinima at that later time.

## PRAYER FOR RELIEF

WHEREFORE, Machinima prays for entry of judgment in its favor and against Freeplay as follows:

1. For an order that Freeplay take nothing by its Counterclaim, and that the Counterclaim be dismissed with prejudice;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2. For Machinima's reasonable attorneys' fees and costs of suit; and

3. For such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: April 24, 2015

MANATT, PHELPS & PHILLIPS, LLP
Robert A. Jacobs
Emil Petrossian

FREEDMAN + TAITELMAN, LLP
Bryan J. Freedman
Sean M. Hardy


By: _____/s/ Robert A. Jacobs_____
Robert A. Jacobs
*Attorneys for Plaintiff and Counterclaim Defendant*
MACHINIMA, INC.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

13

## **DEMAND FOR JURY TRIAL**

Machinima, Inc. hereby requests a trial by jury on all issues triable to a jury.

                                            Respectfully submitted,

Dated: April 24, 2015       MANATT, PHELPS & PHILLIPS, LLP
Robert A. Jacobs
Emil Petrossian

FREEDMAN + TAITELMAN, LLP
Bryan J. Freedman
Sean M. Hardy

By: /s/ Robert A. Jacobs
Robert A. Jacobs
*Attorneys for Plaintiff and Counterclaim Defendant*
MACHINIMA, INC.