1  MANATT, PHELPS & PHILLIPS, LLP
   ROBERT A. JACOBS (Bar No. CA 160350)
2  E-Mail: rjacobs@manatt.com
   EMIL PETROSSIAN (Bar No. CA 264222)
3  E-Mail: epetrossian@manatt.com
   11355 West Olympic Boulevard
4  Los Angeles, California 90064
   Telephone: (310) 312-4000
5  Facsimile: (310) 312-4224

6  FREEDMAN + TAITELMAN, LLP
   BRYAN J. FREEDMAN (Bar No. CA 151990)
7  E-Mail: bfreedman@ftllp.com
   SEAN M. HARDY (Bar No. CA 266446)
8  E-Mail: smhardy@ftllp.com
   1901 Avenue of the Stars, Suite 500
9  Los Angeles, California 90067
   Telephone: (310) 201-0005
10 Facsimile: (310) 201-0045

11 *Attorneys for Plaintiff and Counterclaim Defendant*
   MACHINIMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACHINIMA, INC.,<br><br>   Plaintiff,<br><br>   vs.<br><br>FREEPLAY MUSIC, LLC et al.,<br><br>   Defendants. | Case No. CV 15-00937 MRW<br><br>Hon. Michael R. Wilner<br>Courtroom No. H – 9th Floor<br><br>**NOTICE OF DESIGNATION OF PLAINTIFF AND COUNTERCLAIM DEFENDANT MACHINIMA, INC.'S LEAD TRIAL COUNSEL** |
| FREEPLAY MUSIC, LLC,<br><br>   Counterclaim Plaintiff,<br><br>   vs.<br><br>MACHINIMA, INC.,<br><br>   Counterclaim Defendant. | Complaint Filed: Feb. 9, 2015<br>Countercl. Filed: Mar. 3, 2015<br>Trial Date: None Set |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTE** that plaintiff and counterclaim defendant Machinima, Inc.'s hereby designates Robert A. Jacobs, of Manatt, Phelps & Phillips, LLP as its lead trial counsel in this action. Mr. Jacobs filed a notice of appearance in this action on March 23, 2015. (Docket No. 29.)

Respectfully submitted,

Dated: May 13, 2015

MANATT, PHELPS & PHILLIPS, LLP
Robert A. Jacobs
Emil Petrossian

FREEDMAN + TAITELMAN, LLP
Bryan J. Freedman
Sean M. Hardy

By: /s/ Robert A. Jacobs
Robert A. Jacobs
*Attorneys for Plaintiff and Counterclaim Defendant*
MACHINIMA, INC.