MANATT, PHELPS & PHILLIPS, LLP
ROBERT A. JACOBS (SBN 160350)
E-Mail: rjacobs@manatt.com
EMIL PETROSSIAN (SBN 264222)
E-Mail: epetrossian@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

FREEDMAN + TAITELMAN, LLP
BRYAN J. FREEDMAN (SBN 151990)
E-Mail: bfreedman@ftllp.com
SEAN M. HARDY (SBN 266446)
E-Mail: smhardy@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

*Attorneys for Plaintiff and Counterclaim Defendant*
MACHINIMA, INC.

BAKER & HOSTETLER LLP
ROBERT C. WELSH (SBN 130782)
E-Mail: rwelsh@bakerlaw.com
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

OREN J. WARSHAVSKY (*pro hac vice*)
owarshavsky@bakerlaw.com
TATIANA MARKEL (*pro hac vice*)
tmarkel@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111

*Attorneys for Defendant and Counterclaim Plaintiff*
FREEPLAY MUSIC, LLC

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACHINIMA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREEPLAY MUSIC, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br><br>FREEPLAY MUSIC, LLC,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>MACHINIMA, INC.,<br><br>　　　　　Counterdefendant. | Case No.: **15-cv-00937 MRW**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br><br><br><br><br><br>Judge:　　Hon. Michael R. Wilner<br><br>Case Filed:　February 9, 2015 |

PLEASE TAKE NOTICE that Plaintiff-Counterdefendant MACHINIMA INC., and Defendant-Counterclaimant FREEPLAY MUSIC, LLC (collectively, the "Parties") have reached a settlement in principle to resolve the above referenced litigation. The Parties anticipate that they will finalize the settlement agreement within approximately 30 days.

Respectfully submitted,

Dated: October 26, 2015

MANATT, PHELPS & PHILLIPS, LLP
Robert A. Jacobs
Emil Petrossian

FREEDMAN + TAITELMAN, LLP
Bryan J. Freedman
Sean M. Hardy


By: /s/ Robert A. Jacobs
Robert A. Jacobs
*Attorneys for Plaintiff and Counterclaim Defendant*
MACHINIMA, INC.

Dated: October 26, 2015

BAKER & HOSTETLER LLP
Oren J. Warshavsky
Robert C. Welsh
Tatiana Markel

By: /s/ Oren J. Warshavsky
Oren J. Warshavsky
*Attorneys for Defendant and Counterclaim Plaintiff*
FREEPLAY MUSIC, LLC