1  MANATT, PHELPS & PHILLIPS, LLP
   ROBERT A. JACOBS (SBN 160350)
2  E-Mail:  rjacobs@manatt.com
   EMIL PETROSSIAN (SBN 264222)
3  E-Mail:  epetrossian@manatt.com
   11355 West Olympic Boulevard
4  Los Angeles, California 90064
   Telephone:  (310) 312-4000
5  Facsimile:  (310) 312-4224

6  FREEDMAN + TAITELMAN, LLP
   BRYAN J. FREEDMAN (SBN 151990)
7  E-Mail:  bfreedman@ftllp.com
   SEAN M. HARDY (SBN 266446)
8  E-Mail:  smhardy@ftllp.com
   1901 Avenue of the Stars, Suite 500
9  Los Angeles, California 90067
   Telephone:  (310) 201-0005
10 Facsimile:  (310) 201-0045

11 *Attorneys for Plaintiff and*
   *Counterclaim Defendant*
12 MACHINIMA, INC.

BAKER & HOSTETLER LLP
ROBERT C. WELSH (SBN 130782)
E-Mail:  rwelsh@bakerlaw.com
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025
Telephone:  (310) 820-8800
Facsimile:  (310) 820-8859

OREN J. WARSHAVSKY (*pro hac vice*)
owarshavsky@bakerlaw.com
TATIANA MARKEL (*pro hac vice*)
tmarkel@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111

*Attorneys for Defendant and*
*Counterclaim Plaintiff*
FREEPLAY MUSIC, LLC

13      **IN THE UNITED STATES DISTRICT COURT**

14      **CENTRAL DISTRICT OF CALIFORNIA**

15

16 MACHINIMA, INC., a Delaware
   corporation,
17
                Plaintiff,
18
          v.
19
20 FREEPLAY MUSIC, LLC, a
   Delaware limited liability company,
21 and DOES 1 through 50, inclusive,

                Defendants.
22

23 FREEPLAY MUSIC, LLC,

24              Counterclaimant,

25        v.

26 MACHINIMA, INC.,

27              Counterdefendant.

28

Case No.: **15-cv-00937 MRW**

**ORDER GRANTING STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE**

Judge:      Hon. Michael R. Wilner

Case Filed:     February 9, 2015

1      Having reviewed the Joint Report of the Parties and Stipulated Request to

2 Continue Status Conference ("Stipulation"), the Court **GRANTS** the Stipulation

3 and Orders as follows:

4      (i) The Parties shall provide the Court with an update regarding the status of

5 settlement by February 29, 2015; and

6      (ii) The status conference, which is currently scheduled in this Action for

7 February 24, 2016 at 8:00 a.m., is continued to March 16, 2016 at 8:00 a.m.

8

9      **IT IS SO ORDERED.**

10

11 Dated: <u>February 23, 2016</u>         _____

12                    UNITED STATES MAGISTRATE JUDGE

13                    MICHAEL R. WILNER

14

15

16 316323242.2

17

18

19

20

21

22

23

24

25

26

27

28                          - 2 -

**[PROPOSED] ORDER**