UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-937 MRW | Date | March 16, 2016 |
|---|---|---|---|
| Title | Machinima, Inc. v. Freeplay Music, LLC | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:** ORDER TO SHOW CAUSE

At the parties' joint request, the Court set this civil matter for a status conference today. (Docket # 45, 46.) Neither party appeared at the hearing. Instead, the parties attempted to cancel the court appearance by telephone messages to the clerk on the previous afternoon.

The Court is aware that the parties have been diligently engaged in settling this complicated civil case since last summer. Indeed, based on the parties' Notice of Settlement in October 2015 (Docket # 42), the Court understood that the parties had reached an agreement. Following that, the Court was amenable to vacating the litigation dates, postponing other hearings, and facilitating the parties' attempts to formalize that resolution amicably.

However, maintaining the case on the Court's active docket for the ensuing five months has taken considerable public resources that could be better spent on other matters in this busy courthouse. Furthermore, the talented and experienced lawyers involved in this case know better than to make frantic, last-minute requests to a federal court to move a scheduled hearing date.

Therefore, the Court orders both parties to show cause why the Court should not impose monetary sanctions, set the case for a prompt trial, or take other steps to advance this civil action. The parties will respond to this OSC by noon on March 25 by either: (a) submitting an affidavit from each side's lead trial lawyer explaining in detail the status of the action and the failure to attend today's hearing; or (b) jointly dismissing the action.