MANATT, PHELPS & PHILLIPS, LLP
ROBERT A. JACOBS (SBN 160350)
E-Mail: rjacobs@manatt.com
EMIL PETROSSIAN (SBN 264222)
E-Mail: epetrossian@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

FREEDMAN + TAITELMAN, LLP
BRYAN J. FREEDMAN (SBN 151990)
E-Mail: bfreedman@ftllp.com
SEAN M. HARDY (SBN 266446)
E-Mail: smhardy@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

*Attorneys for Plaintiff and
Counterclaim Defendant*
MACHINIMA, INC.

BAKER & HOSTETLER LLP
ROBERT C. WELSH (SBN 130782)
E-Mail: rwelsh@bakerlaw.com
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

OREN J. WARSHAVSKY (*pro hac vice*)
owarshavsky@bakerlaw.com
TATIANA MARKEL (*pro hac vice*)
tmarkel@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111

*Attorneys for Defendant and
Counterclaim Plaintiff*
FREEPLAY MUSIC, LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACHINIMA, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>FREEPLAY MUSIC, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: **15-cv-00937 MRW**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| FREEPLAY MUSIC, LLC,<br><br>        Counterclaimant,<br><br>     v.<br><br>MACHINIMA, INC.,<br><br>        Counterdefendant. | Judge:    Hon. Michael R. Wilner<br><br>Case Filed:   February 9, 2015 |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim Defendant Machinima, Inc. and Defendant and Counterclaim Plaintiff Freeplay Music, LLC (collectively, the "Parties") hereby stipulate and agree that this action shall be dismissed with prejudice.  The Parties further stipulate and agree that each Party shall bear its own costs and attorney's fees.

Respectfully submitted,

Dated:   March 17, 2016          MANATT, PHELPS & PHILLIPS, LLP
                                 Robert A. Jacobs
                                 Emil Petrossian

                                 FREEDMAN + TAITELMAN, LLP
                                 Bryan J. Freedman
                                 Sean M. Hardy


                                 By:   */s/ Robert A. Jacobs*
                                 Robert A. Jacobs
                                 *Attorneys for Plaintiff and*
                                 *Counterclaim Defendant*
                                 MACHINIMA, INC.

Dated:   March 17, 2016          BAKER & HOSTETLER LLP
                                 Oren J. Warshavsky
                                 Robert C. Welsh
                                 Tatiana Markel

                                 By:   */s/ Oren J. Warshavsky*
                                 Oren J. Warshavsky
                                 *Attorneys for Defendant and*
                                 *Counterclaim Plaintiff*
                                 FREEPLAY MUSIC, LLC

STIPULATION OF DISMISSAL WITH PREJUDICE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES