# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-937 MRW | Date | March 18, 2016 |
|---|---|---|---|
| Title | Machinima v. Freeplay Music | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER RE: NOTICE OF DISMISSAL

    Defendants filed a notice of dismissal in this case. (Docket # 48.) This action is dismissed in its entirety with prejudice.

                                                                        : 00

Initials of Preparer      vm